IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| REALTIME DATA LLC d/b/a IXO,<br><br>Plaintiff,<br><br>v.<br><br>ACTIAN CORPORATION and PERVASIVE SOFTWARE, INC.,<br><br>Defendants. | § § § § § § § § § § § § | Civil Action No. 6:15-cv-463<br><br><br>LEAD CONSOLIDATED CASE |
| REALTIME DATA LLC d/b/a IXO,<br><br>Plaintiff,<br><br>v.<br><br>RIVERBED TECHNOLOGY, INC. and DELL INC.,<br><br>Defendants. | § § § § § § § § § § § § § | Civil Action No. 6:15-cv-468<br><br><br>JURY TRIAL DEMANDED |

## DEFENDANT RIVERBED TECHNOLOGY'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Defendant Riverbed Technology, Inc. ("Riverbed") hereby moves that Realtime Data LLC d/b/a IXO's ("Realtime") Complaint (Case No. 6:15-cv-468, Dkt. No. 1) be dismissed under Federal Rule of Civil Procedure 12(b)(6) because it fails to state a claim upon which relief can be granted. To conserve judicial resources and unnecessary repetition, Riverbed adopts and incorporates by reference as if set forth fully herein the Motion to Dismiss First Amended Complaint filed on July 24, 2015

1

by Defendants SAP America Inc., Sybase, Inc., Hewlett-Packard Company, HP Enterprises Services, LLC, Dell Inc., BMC Software, Inc., Echostar Corporation, and Hughes Network Systems, LLC in cause number 6:15-cv-463-RWS-JDL (Dkt. 23).

For the reasons stated in Defendants' Motion to Dismiss (Dkt. 23), and incorporated and adopted fully herein, Riverbed respectfully requests that the Court find U.S. Patent No. 7,378,992, U.S. Patent No. 7,415,530, and U.S. Patent No. 8,643,513[1] invalid under 35 U.S.C. § 101 and to therefore dismiss Realtime's Complaint for failure to state a claim upon which relief can be granted.

Dated:     July 27, 2015                    Respectfully Submitted,

                                            /s/ Matthew P. Chiarizio
                                            John R. Emerson
                                            Texas State Bar No. 24002053
                                            russ.emerson@haynesboone.com
                                            Matthew P. Chiarizio
                                            Texas State Bar No. 24087294
                                            matthew.chiarizio@haynesboone.com
                                            HAYNES AND BOONE, LLP
                                            2323 Victory Avenue, Suite 700
                                            Dallas, Texas 75219
                                            Tel.: 214.651.5000
                                            Fax: 214.651.5940

                                            ATTORNEYS FOR DEFENDANT
                                            RIVERBED TECHNOLOGY, INC.

---

[1] The Motion to Dismiss addresses a fourth patent, U.S. Patent No. 6,597,812 ("the '812 Patent"). The '812 Patent is not asserted against Riverbed, so any portions of the Motion to Dismiss regarding solely the '812 Patent are moot as to Riverbed.

2

## **CERTIFICATE OF SERVICE**

 The undersigned certifies that a true and correct copy of the foregoing filing was served on all counsel of record via the Court's CM/ECF system in accordance with the Federal Rules of Civil Procedure and Local Rule CV-5(a)(3) on July 27, 2015.

            /s/ Matthew P. Chiarizio
            Matthew P. Chiarizio