# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| REALTIME DATA LLC d/b/a IXO,<br><br>   Plaintiff,<br><br>   v.<br><br>ACTIAN CORPORATION, ET AL.,<br><br>   Defendants. | Case No. 6:15-cv-463-RWS-JDL<br><br>LEAD CASE |

## NOTICE OF APPEARANCE OF COUNSEL

Garth A. Winn, of the law firm Klarquist Sparkman, LLP, located at 121 SW Salmon Street, Suite 1600, Portland, OR 97204, email: garth.winn@klarquist.com, files this Notice of Appearance on behalf of SAP America Inc. and Sybase, Inc. in the above-refernced matter.  All orders, notices, pleadings and correspondence should be served upon counsel at the above-referenced address.

Dated:  July 28, 2015

Respectfully submitted,

KLARQUIST SPARKMAN, LLP

By:   */s/ Garth A. Winn*
Garth A. Winn
(OR State Bar No. 921585)
Email:  garth.winn@klarquist.com
Klarquist Sparkman, LLP
121 SW Salmon Street, Suite 1600
Portland, Oregon  97204
Telephone:  503-595-5300
Facsimile:  503-595-5301

Counsel for Defendants
SAP AMERICA INC. and SYBASE, INC.

1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 28, 2015 a true and correct copy of the above and foregoing document has been served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Garth A. Winn*
Garth A. Winn
