# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| REALTIME DATA LLC d/b/a IXO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ACTIAN CORPORATION, ET AL.,<br><br>　　　　Defendants. | Case No. 6:15-cv-463-RWS-JDL<br><br>LEAD CASE |

## NOTICE OF APPEARANCE OF COUNSEL

John D. Vandenberg, of the law firm Klarquist Sparkman, LLP, located at 121 SW Salmon Street, Suite 1600, Portland, OR 97204, email: john.vandenberg@klarquist.com, files this Notice of Appearance on behalf of SAP America Inc. and Sybase, Inc. in the above-refernced matter. All orders, notices, pleadings and correspondence should be served upon counsel at the above-referenced address.

Dated: July 28, 2015　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　KLARQUIST SPARKMAN, LLP

　　　　　　　　　　　　　　　By:　*/s/ John D. Vandenberg*
　　　　　　　　　　　　　　　　　　John D. Vandenberg
　　　　　　　　　　　　　　　　　　(OR State Bar No. 893755)
　　　　　　　　　　　　　　　　　　Email: john.vandenberg@klarquist.com
　　　　　　　　　　　　　　　　　　Klarquist Sparkman, LLP
　　　　　　　　　　　　　　　　　　121 SW Salmon Street, Suite 1600
　　　　　　　　　　　　　　　　　　Portland, Oregon 97204
　　　　　　　　　　　　　　　　　　Telephone: 503-595-5300
　　　　　　　　　　　　　　　　　　Facsimile: 503-595-5301

　　　　　　　　　　　　　　　　　　Counsel for Defendants
　　　　　　　　　　　　　　　　　　SAP AMERICA INC. and SYBASE, INC.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 28, 2015 a true and correct copy of the above and foregoing document has been served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ John D. Vandenberg*
John D. Vandenberg