# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| REALTIME DATA LLC d/b/a IXO,<br><br>    Plaintiff,<br><br>v.<br><br>ACTIAN CORPORATION, ET AL.,<br><br>    Defendants. | Case No. 6:15-cv-463-RWS-JDL<br><br>LEAD CASE |

## NOTICE OF APPEARANCE OF COUNSEL

Kyle B. Rinehart, of the law firm Klarquist Sparkman, LLP, located at 121 SW Salmon Street, Suite 1600, Portland, OR 97204, email: kyle.rinehart@klarquist.com, files this Notice of Appearance on behalf of SAP America Inc. and Sybase, Inc. in the above-refernced matter.  All orders, notices, pleadings and correspondence should be served upon counsel at the above-referenced address.

Dated:  July 28, 2015                          Respectfully submitted,

                                               KLARQUIST SPARKMAN, LLP

                             By:    */s/ Kyle B. Rinehart*
                                    Kyle B. Rinehart
                                    (OR State Bar No. 984283; *Admitted Pro Hac Vice*)
                                    Email:  kyle.rinehart@klarquist.com
                                    Klarquist Sparkman, LLP
                                    121 SW Salmon Street, Suite 1600
                                    Portland, Oregon  97204
                                    Telephone:  503-595-5300
                                    Facsimile:  503-595-5301

                                    Counsel for Defendants
                                    SAP AMERICA INC. and SYBASE, INC.

1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 28, 2015 a true and correct copy of the above and foregoing document has been served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Kyle B. Rinehart
Kyle B. Rinehart