**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS TYLER DIVISION**

| | |
|---|---|
| **REALTIME DATA LLC,**<br><br>*Plaintiff*<br><br>vs.<br><br>**ACTIAN CORPORATION ET AL.,**<br><br>*Defendants* | **Civil Action No. 6:15-CV-463-RWS-JDL**<br><br>**LEAD CASE**<br><br>**JURY TRIAL DEMANDED** |
| **REALTIME DATA LLC d/b/a IXO**<br><br>*Plaintiff*<br><br>vs.<br><br>**RIVERBED TECHNOLOGY, INC. AND DELL INC.**<br><br>*Defendant* | **Case No. 6:15-cv-00468-RWS-JDL (Consolidated Case)** |
| **REALTIME DATA LLC**<br><br>*Plaintiff,*<br><br>vs.<br><br>**SAP AMERICA INC., ET AL.**<br><br>*Defendant* | **Case No. 6:15-cv-00469-RWS-JDL (Consolidated Case)** |

**NOTICE OF APPEARANCE OF COUNSEL**

Defendant Dell Inc. ("Dell") hereby notifies the Court that Corrine M. Saylor of the firm Winston & Strawn LLP, 1700 K Street, N.W., 1700 K Street, N.W., Washington, DC 20006-3817, (202) 282-5892 (phone), (202) 282-5100 (fax), csaylor@winston.com has entered this action as additional counsel to be noticed on its behalf. In connection with this notice, Ms. Saylor

requests that all future pleadings and other papers filed under FED. R. CIV. P. 5 be served on her at the above address and contact information.

                                          Respectfully submitted,

                                          */s/ Corrine M. Saylor*

                                          Corrine M. Saylor (*pro hac vice*)
                                          D.C. Bar No. 997638
                                          Winston & Strawn, LLP
                                          1700 K Street, N.W.
                                          Washington, DC 20006
                                          Telephone: (202) 282-5000
                                          Fax: (202) 282-5100
                                          Csaylor@winston.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed.R.Civ.P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of this document via email, facsimile and/or U.S. First Class Mail this 28th day of July, 2015.

                 */s/ Corrine M. Saylor*
                 Corrine M. Saylor