# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **REALTIME DATA LLC d/b/a IXO,** *Plaintiff* vs. **ACTIAN CORPORATION ET AL.,** *Defendants* | **Civil Action No. 6:15-cv-463-RWS-JDL** **LEAD CASE** **JURY TRIAL DEMANDED** |
| **REALTIME DATA LLC d/b/a IXO,** *Plaintiff* vs. **RIVERBED TECHNOLOGY, INC., ET AL.** *Defendants* | **Civil Action No. 6:15-cv-468-RWS-JDL (Consolidated Case)** |
| **REALTIME DATA LLC d/b/a IXO,** *Plaintiff* vs. **SAP AMERICA INC., ET AL.** *Defendants* | **Civil Action No. 6:15-cv-469-RWS-JDL (Consolidated Case)** |

## DEFENDANT DELL INC.'S RULE 7.1 DISCLOSURE

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Dell Inc. ("Dell") submits this Rule 7.1 Disclosure Statement. Dell discloses that Dell is a privately held corporation and

its direct parent company is Denali Intermediate Inc.  There is no publicly held corporation owning 10% or more of Denali Intermediate Inc.'s stock.

Dated: July 30, 2015

Respectfully submitted,

By: */s/ Deron R. Dacus*
    Deron R. Dacus
    Texas Bar No. 00790553
    The Dacus Firm, P.C.
    821 ESE Loop 323, Suite 430
    Tyler, Texas 75701
    (903) 705-7232
    ddacus@DacusFirm.com

    Thomas M. Dunham
    D.C. Bar No. 448407
    Attorney-in-Charge
    J. Michael Woods
    D.C. Bar No. 975433
    Corrine M. Saylor (*pro hac vice*)
    D.C. Bar No. 997638
    Winston & Strawn LLP
    1700 K Street, N.W.
    Washington, DC 20006
    Telephone:  (202) 282-5000
    Fax:  (202) 282-5100
    TDunham@winston.com
    MWoods@winston.com
    CSaylor@winston.com

    *Attorneys for Defendant,*
    *Dell Inc.*

## Certificate of Service

      The undersigned certifies that on this 30th day of July, 2015, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3).  Any other counsel of record will be served by a facsimile transmission and/or first class mail.

                              */s/ Deron R. Dacus*
                                Deron R. Dacus