# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| REALTIME DATA, LLC d/b/a IXO<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ACTIAN CORPORATION and<br>PERVASIVE SOFTWARE, INC.,<br><br>　　　　Defendants. | Case No. 6:15-cv-463-RWS-JDL<br><br><br>LEAD CASE |

## NOTICE OF APPEARANCE OF COUNSEL

Katherine Kelly Lutton, of the law firm Fish & Richardson LLP, located at 500 Arguello Street, Suite 500, Redwood City, California 94063, email: lutton@fr.com, files this Notice of Appearance on behalf of SAP America Inc. and Sybase, Inc. in the above-referenced matter. All orders, notices, pleadings and correspondence should be served upon counsel at the above-referenced address.

Dated:  July 31, 2015　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　FISH & RICHARDSON P.C.

　　　　　　　　　　　　　　　　　　By:　*/s/ Katherine Kelly Lutton*
　　　　　　　　　　　　　　　　　　　　Katherine Kelly Lutton
　　　　　　　　　　　　　　　　　　　　California State Bar No. 194971
　　　　　　　　　　　　　　　　　　　　Email: lutton@fr.com
　　　　　　　　　　　　　　　　　　　　500 Arguello St., Suite 500
　　　　　　　　　　　　　　　　　　　　Redwood City, CA 94063
　　　　　　　　　　　　　　　　　　　　Telephone: (650) 839-5070
　　　　　　　　　　　　　　　　　　　　Facsimile:  (650) 839-5071

　　　　　　　　　　　　　　　　　　　　Counsel for Defendants
　　　　　　　　　　　　　　　　　　　　SAP AMERICA INC. and SYBASE, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 31, 2015, a true and correct copy of the above and foregoing document has been served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Katherine Kelly Lutton*
Katherine Kelly Lutton