**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| REALTIME DATA, LLC d/b/a IXO<br><br>    Plaintiff,<br><br>    v.<br><br>ACTIAN CORPORATION and<br>PERVASIVE SOFTWARE, INC.,<br><br>    Defendants. | Case No. 6:15-cv-463-RWS-JDL<br><br>LEAD CASE |

**NOTICE OF APPEARANCE OF COUNSEL**

Michael A. Bittner, of the law firm Fish & Richardson LLP, located at 1717 Main Street, Suite 5000, Dallas, Texas 75201, email: bittner@fr.com, files this Notice of Appearance on behalf of SAP America Inc. and Sybase, Inc. in the above-referenced matter. All orders, notices, pleadings and correspondence should be served upon counsel at the above-referenced address.

Dated: July 31, 2015      Respectfully submitted,

FISH & RICHARDSON P.C.

By:   */s/ Michael A. Bittner*
      Thomas M. Melsheimer
      melsheimer@fr.com
      Texas Bar No. 13922550
      Michael A. Bittner
      bittner@fr.com
      Texas Bar No. 24064905
      1717 Main Street, Suite 5000
      Dallas, TX 75201
      (214) 747-5070 (Telephone)
      (214) 747-2091 (Facsimile)

      Counsel for Defendants
      SAP AMERICA INC. and SYBASE, INC.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 31, 2015, a true and correct copy of the above and foregoing document has been served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                  */s/ Michael A. Bittner*
                                                  Michael A. Bittner