**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| REALTIME DATA, LLC d/b/a IXO<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ACTIAN CORPORATION and<br>PERVASIVE SOFTWARE, INC.,<br><br>　　　　Defendants. | Case No. 6:15-cv-463-RWS-JDL<br><br><br>LEAD CASE |

**NOTICE OF APPEARANCE OF COUNSEL**

　　Rex A. Mann, of the law firm Fish & Richardson LLP, located at 1717 Main Street, Suite 5000, Dallas, Texas 75201, email: mann@fr.com, files this Notice of Appearance on behalf of SAP America Inc. and Sybase, Inc. in the above-referenced matter. All orders, notices, pleadings and correspondence should be served upon counsel at the above-referenced address.

Dated: July 31, 2015　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　FISH & RICHARDSON P.C.

　　　　　　　　　　　　　By:　　*/s/ Rex A. Mann*
　　　　　　　　　　　　　　　　　Thomas M. Melsheimer
　　　　　　　　　　　　　　　　　melsheimer@fr.com
　　　　　　　　　　　　　　　　　Texas Bar No. 13922550
　　　　　　　　　　　　　　　　　Michael A. Bittner
　　　　　　　　　　　　　　　　　bittner@fr.com
　　　　　　　　　　　　　　　　　Texas Bar No. 24064905
　　　　　　　　　　　　　　　　　Rex A, Mann
　　　　　　　　　　　　　　　　　mann@fr.com
　　　　　　　　　　　　　　　　　Texas Bar No. 24075509
　　　　　　　　　　　　　　　　　1717 Main Street, Suite 5000
　　　　　　　　　　　　　　　　　Dallas, TX 75201
　　　　　　　　　　　　　　　　　(214) 747-5070 (Telephone)
　　　　　　　　　　　　　　　　　(214) 747-2091 (Facsimile)

　　　　　　　　　　　　　　　　　Counsel for Defendants
　　　　　　　　　　　　　　　　　SAP AMERICA INC. and SYBASE, INC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 31, 2015, a true and correct copy of the above and foregoing document has been served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Rex A. Mann*
Rex A. Mann