**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| REALTIME DATA, LLC d/b/a IXO<br><br>    Plaintiff,<br><br>    v.<br><br>ACTIAN CORPORATION and<br>PERVASIVE SOFTWARE, INC.,<br><br>    Defendants. | Case No. 6:15-cv-463-RWS-JDL<br><br><br>JURY DEMAND<br><br>LEAD CASE |

### NOTICE OF APPEARANCE OF COUNSEL

Timothy W. Riffe, of the law firm Fish & Richardson P.C., located at 1425 K Street NW, 11th Floor, Washington, D.C. 20005, email: riffe@fr.com, files this Notice of Appearance on behalf of EchoStar Corporation and Hughes Network Systems, LLC in the above-referenced matter. All orders, notices, pleadings and correspondence should be served upon counsel at the above-referenced address.

Dated: August 6, 2015          Respectfully submitted,

By:  */s/ Timothy W. Riffe*
Timothy W. Riffe
DC Bar No. 482810
riffe@fr.com
Adam R. Shartzer
GA Bar No. 118008
shartzer@fr.com
J. Wesley Samples
OR Bar No. 121784
samples@fr.com
FISH & RICHARDSON P.C.
1425 K Street N.W., 11th floor
Washington, DC 20005-3500
Telephone: 202-783-5070
Facsimile: 202-783-2331

*Attorneys for Defendants EchoStar Corporation and Hughes Network Systems, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 6, 2015, a true and correct copy of the above and foregoing document has been served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Timothy W. Riffe*
Timothy W. Riffe