**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| REALTIME DATA, LLC d/b/a IXO<br><br>  Plaintiff,<br><br>v.<br><br>ACTIAN CORPORATION and<br>PERVASIVE SOFTWARE, INC.,<br><br>  Defendants. | Case No. 6:15-cv-463-RWS-JDL<br><br>LEAD CASE |

**NOTICE OF APPEARANCE OF COUNSEL**

  J. Wesley Samples, of the law firm Fish & Richardson P.C., located at 1425 K Street NW, 11th Floor, Washington, D.C. 20005, email: samples@fr.com, files this Notice of Appearance on behalf of EchoStar Corporation and Hughes Network Systems, LLC in the above-referenced matter. All orders, notices, pleadings and correspondence should be served upon counsel at the above-referenced address.

Dated:  August 6, 2015   Respectfully submitted,

           By:  */s/ J. Wesley Samples*
             Timothy W. Riffe
             DC Bar No. 482810
             riffe@fr.com
             Adam R. Shartzer
             GA Bar No. 118008
             shartzer@fr.com
             J. Wesley Samples
             OR Bar No. 121784
             samples@fr.com
             FISH & RICHARDSON P.C.
             1425 K Street N.W., 11th floor
             Washington, DC 20005-3500
             Telephone: 202-783-5070
             Facsimile: 202-783-2331

          *Attorneys for Defendants EchoStar Corporation and*
          *Hughes Network Systems, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 6, 2015, a true and correct copy of the above and foregoing document has been served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

  /s/ J. Wesley Samples  
J. Wesley Samples