IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **REALTIME DATA LLC d/b/a IXO,**<br><br>**Plaintiff,**<br>v.<br><br>**ACTIAN CORPORATION et al.,**<br><br>**Defendants.** | Case No. 6:15-cv-463-RWS-JDL<br><br>LEAD CASE<br><br>JURY TRIAL DEMANDED |

## ORDER

Before the Court is Plaintiff Realtime Data LLC's Unopposed Motion to Extend its Deadline to Respond to Defendants SAP America Inc., Sybase, Inc., Hewlett-Packard Company, HP Enterprise Services, LLC, Dell Inc., BMC Software, Inc., Echostar Corporations, and Hughes Network Systems, LLC (collectively "Defendants") Motion to Dismiss First Amended Complaint (Dkt. 23) and Actian Corporation and Pervasive Software Inc.'s Motion to Dismiss Complaint (Dkt. 31).

After consideration, the Court finds that the Motion should be GRANTED. It is therefore ORDERED that Plaintiff's deadline to respond to Defendants SAP America Inc., Sybase, Inc., Hewlett-Packard Company, HP Enterprise Services, LLC, Dell Inc., BMC Software, Inc., Echostar Corporations, and Hughes Network Systems, LLC's Motion to Dismiss First Amended Complaint (Dkt. 23) is due on August 24, 2015, and Plaintiff's deadline to respond to Actian Corporation and Pervasive Software Inc.'s Motion to Dismiss Complaint (Dkt. 31) is due on August 27, 2015.

**So ORDERED and SIGNED this 6th day of August, 2015.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE