**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| REALTIME DATA LLC d/b/a IXO, <br><br> Plaintiff, <br><br> v. <br><br> ACTIAN CORPORATION and PERVASIVE SOFTWARE, INC., <br><br> Defendants. | CASE NO.: 6:15-cv-463 <br><br> LEAD CONSOLIDATED CASE |
| REALTIME DATA LLC d/b/a IXO, <br><br> Plaintiff, <br><br> v. <br><br> ORACLE AMERICA, INC., HEWLETT-PACKARD COMPANY, and HP ENTERPRISE SERVICES, LLC, <br><br> Defendants. | CASE NO.: 6:15-cv-467 <br><br> JURY TRIAL DEMANDED |
| REALTIME DATA LLC d/b/a IXO, <br><br> Plaintiff, <br><br> v. <br><br> SAP AMERICA INC., SYBASE, INC., HEWLETT-PACKARD COMPANY, and HP ENTERPRISE SERVICES, LLC, <br><br> Defendants. | CASE NO.: 6:15-cv-469 <br><br> JURY TRIAL DEMANDED |

**DEFENDANTS HEWLETT-PACKARD COMPANY AND HP ENTERPISE
SERVICES, LLC'S CERTIFICATE OF INTERESTED PERSONS**

Pursuant to the Court's July 24, 2015 Scheduling Order (Dkt. 30), Defendants Hewlett-Packard Company and HP Enterprise Services, LLC respectfully submit this Certificate of Interested Persons:

1. <u>Hewlett-Packard Company</u> is a publicly held corporation, it has no parent corporation, and no publicly held corporation currently owns 10% or more of its stock; and

2. HP Enterprise Services, LLC is a wholly-owned subsidiary of <u>Hewlett-Packard Company</u>.

Respectfully submitted,

DATED:  August 6, 2015   By:  */s/ Melissa Smith*
Melissa Richards Smith
mellisa@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, TX 75670
Telephone:  (903) 934-8450
Facsimile:  (903) 934-9257

EDWARD G. POPLAWSKI
CA STATE BAR NO. 113590
   epoplawski@wsgr.com
OLIVIA M. KIM
CA STATE BAR NO. 228382
   okim@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071
Telephone:  (323) 210-2900
Facsimile:   (866) 974-7329

*Counsel for Defendants Hewlett-Packard Company and HP Enterprise Services, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned certified that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Courts CM-ECF System per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

*/s/ Melissa Smith*
Melissa R. Smith