**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| REALTIME DATA, LLC D/B/A IXO<br><br>　　　　*Plaintiff*,<br>　　v.<br><br>ACTIAN CORPORATION AND<br>PERVASIVE SOFTWARE, INC.,<br><br>　　　　*Defendants*. | No. 6:15-cv-00463-RWS-JDL<br><br>LEAD CASE |
| REALTIME DATA LLC d/b/a IXO,<br><br>　　　　*Plaintiff*,<br>　　v.<br><br>DROPBOX, INC.,<br><br>　　　　*Defendant*. | No. 6:15-cv-00465-RWS-JDL<br><br>JURY TRIAL DEMANDED |

**NOTICE OF APPEARANCE OF COUNSEL**

Defendant Dropbox, Inc. hereby notifies the Court that Ryan Kent of the firm Durie Tangri LLP, 217 Leidesdorff Street, San Francisco, CA 94111, 415-362-6666 (phone), 415-236-6300 (fax), rkent@durietangri.com has entered this action as additional counsel to be noticed on its behalf. In connection with this notice, Mr. Kent requests that all future pleadings and other papers filed under FED. R. CIV. P. 5 be served on him at the above address and contact information.

Respectfully submitted,

*/s/ Ryan Kent*
Ryan Kent
CA Bar No. 220441
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
T 415-362-6666; F 415-236-6300
rkent@durietangri.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed.R.Civ.P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of this document via email, facsimile and/or U.S. First Class Mail this 7th day of August, 2015.

*/s/ Ryan Kent*
Ryan Kent