**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| REALTIME DATA, LLC D/B/A IXO *Plaintiff*, v. ACTIAN CORPORATION AND PERVASIVE SOFTWARE, INC., *Defendants*. | No. 6:15-cv-00463-RWS-JDL **LEAD CASE** |
| REALTIME DATA LLC d/b/a IXO, *Plaintiff*, v. DROPBOX, INC., *Defendant*. | No. 6:15-cv-00465-RWS-JDL **JURY TRIAL DEMANDED** |

**DEFENDANT DROPBOX, INC.'S
CERTIFICATION OF INTERESTED PARTIES**

Pursuant to the Court's Scheduling Order (Dkt. 30) issued on July 24, 2015, Defendant Dropbox, Inc., ("Dropbox") certifies that it is not aware of any other persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interest in the outcome of this litigation.

Dated: August 7, 2015.   Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　__/s/ Deron R. Dacus_____
　　　　　　　　　　　　　　　　　　　　　　　　Deron R. Dacus
　　　　　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 00790553
　　　　　　　　　　　　　　　　　　　　　　　　THE DACUS FIRM, P.C.
　　　　　　　　　　　　　　　　　　　　　　　　821 ESE Loop 323
　　　　　　　　　　　　　　　　　　　　　　　　Suite 430

Tyler, Texas 75701
Telephone: (903) 705-1117
Facsimile: (903) 581-2543
Email: ddacus@dacusfirm.com

Ryan M. Kent
California State Bar No. 220441
DURIE TANGRI
217 Leidesdorff Street
San Francisco, California 94111
Telephone: (415) 362-6666
Facsimile: (415) 236-6300
Email: rkent@durietangri.com

***Attorneys for Defendant DROPBOX, INC.***

**CERTIFICATE OF SERVICE**

I hereby certify that this 7th day of August, 2015, a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

                                                              */s/ Deron R Dacus*
                                                              Deron R. Dacus