IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| REALTIME DATA, LLC d/b/a IXO<br><br>    Plaintiff,<br><br>  v.<br><br>ACTIAN CORPORATION and<br>PERVASIVE SOFTWARE, INC.,<br><br>    Defendants. | Case No. 6:15-cv-463-RWS-JDL<br><br>JURY DEMAND<br><br>LEAD CONSOLIDATED CASE |
| REALTIME DATA LLC d/b/a IXO,<br><br>    Plaintiff,<br><br>  v.<br><br>ECHOSTAR CORPORATION and<br>HUGHES NETWORK SYSTEMS, LLC,<br><br>    Defendants. | Case No. 6:15-cv-466-RWS-JDL<br><br>JURY DEMAND |

**DEFENDANTS HUGHES NETWORK SYSTEMS, LLC'S AND ECHOSTAR
CORPORATION'S CERTIFICATE OF FINANCIALLY INTERESTED PARTIES**

Pursuant to the Court's Scheduling Order of July 24, 2015 in the above captioned Lead Case (Doc. No. 30), Defendants Hughes Network Systems, LLC and EchoStar Corporation have identified the below entities that are financially interested in the outcome of this litigation, with the name of each corporation whose securities are publically traded underlined:

| Party | Connection/Interest |
|---|---|
| Hughes Network Systems, LLC | Party |
| Hughes Communications, Inc. | Parent of Hughes Network Systems, LLC |
| Hughes Satellite Systems Corporation | Parent of Hughes Communications, Inc. |
| <u>EchoStar Corporation</u> | Party and Parent of Hughes Satellite Systems |

|  | Corporation |
|---|---|
| Putnam Investments, LLC | 10% or greater ownership interest in DISH Network Corporation and in EchoStar Corporation |
| <u>Great-West Lifeco, Inc.</u> | Parent of Putnam Investments, LLC |
| Charles W. Ergen and Family Trusts | Owner of Substantial Majority of Voting Power of Shares of EchoStar Corporation |

Dated:  August 7, 2015

Respectfully submitted,

By:  */s/ J. Wesley Samples*
Timothy W. Riffe
DC Bar No. 482810
riffe@fr.com
Adam R. Shartzer
GA Bar No. 118008
shartzer@fr.com
J. Wesley Samples
OR Bar No. 121784
samples@fr.com
FISH & RICHARDSON P.C.
1425 K Street N.W., 11th floor
Washington, DC 20005-3500
Telephone: 202-783-5070
Facsimile: 202-783-2331

*Attorneys for Defendants EchoStar Corporation and Hughes Network Systems, LLC*

3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 7, 2015, a true and correct copy of the above and foregoing document has been served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

        */s/ J. Wesley Samples*
        J. Wesley Samples