IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| REALTIME DATA LLC d/b/a IXO, | )<br>)<br>) Case No. 6:15-cv-463-RWS-JDL |
| Plaintiff, | ) [*CONSOLIDATED LEAD CASE*]<br>) |
| v. | ) Case No. 6:15-cv-470-RWS-JDL<br>) [*INITIAL*] |
| TERADATA CORPORATION and<br>TERADATA OPERATIONS, INC. | )<br>) JURY TRIAL DEMANDED |
| Defendants. | )<br>) |

**DEFENDANT TERADATA OPERATIONS, INC.'S CERTIFICATE OF FINANCIALLY INTERESTED PARTIES PURSUANT TO THE COURT'S SCHEDULING ORDER**

Pursuant to the Court's Scheduling Order dated July 24, 2015 (D.I. 30), undersigned counsel of record for Defendant Teradata Operations, Inc. hereby certifies that the following listing is of all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation.

**Parties To The Litigation:**

1. Plaintiff Realtime Data, LLC d/b/a IXO

2. Defendant Teradata Operations, Inc. (Wholly-owned subsidiary of Teradata Corporation.)

3. Defendant Teradata Corporation[1] (Parent holding company of Teradata Operations, Inc.; Teradata Corporation, whose shares are publicly traded on the New York Stock Exchange under the symbol 'TDC', has no parent corporation.)

4. All Named Parties in Consolidated Lead Case *Realtime Data LLC v. Actian Corporation*, 6:15-cv-00463-RWS-JDL, and all parties disclosed

---

[1] On July 20, 2015, the parties filed a Stipulation of Dismissal of Defendant Teradata Corporation (D.I. 18).

in each Named Party's Certificate of Financially Interested Parties, all which are incorporated by reference into this listing.

**Beneficial Owners Of Stock In Teradata Corporation With Over 10% Of The Outstanding Shares[2]:**

5. First Eagle Investment Management, LLC

**Beneficial Owners Of Stock In Teradata Corporation With Over 5% Of The Outstanding Shares[2]:**

6. The Vanguard Group

7. BlackRock, Inc.

**Director and Executive Officer Beneficial Owners Of Stock In Teradata Corporation:**

8. Lisa R. Bacus, Class II Non-Employee Director

9. Edward P. Boykin, Class III Non-Employee Director

10. Nancy E. Cooper, Class I Non-Employee Director

11. Cary T. Fu, Class III Non-Employee Director

12. Michael P. Gianoni, Class III Non-Employee Director

13. David E. Kepler, Class I Non-Employee Director

14. Victor L. Lund, Class III Non-Employee Director

15. James M. Ringler, Chairman of the Board and Class II Director

16. John G. Schwarz, Class II Non-Employee Director

17. William S. Stavropoulos, Class I Non-Employee Director

18. Michael Koehler, Chief Executive Officer and Class II Director

19. Saundra Davis, Chief Human Resource Officer

20. Robert Fair, Co-President

21. Laura Nyquist, General Counsel and Secretary

---

[2] Based on filings with the Securities and Exchange Commission made by beneficial owners of Teradata Corporation's stock.

22. Stephen Scheppmann, Executive Vice President and Chief Financial Officer

23. Hermann Wimmer, Co-President

Dated: August 10, 2015

Respectfully submitted,

*/s/ Mark L. Whitaker*
Mark L. Whitaker (Lead Attorney)
District of Columbia Bar No. 435755
Jamie R. Lynn
District of Columbia Bar No. 987740
Mark S. Zhai
District of Columbia Bar No. 1015748
Han Kyu Lee
District of Columbia Bar No. 1022280
**BAKER BOTTS LLP**
The Warner
1299 Pennsylvania Ave., NW
Washington, D.C. 20004-2400
Telephone:  (202) 639-7700
Facsimile:  (202) 639-7890
Mark.Whitaker@BakerBotts.com
Jamie.Lynn@BakerBotts.com
Mark.Zhai@BakerBotts.com
Han.Lee@BakerBotts.com

Ali Dhanani
Texas State Bar No. 24055400
**BAKER BOTTS LLP**
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002-4995
Telephone:  (713) 229-1234
Facsimile:  (713) 229-1522
Ali.Dhanani@BakerBotts.com

Elizabeth L. DeRieux
Texas State Bar No. 05770585
**CAPSHAW DERIEUX, LLP**
114 E. Commerce Ave.
Gladewater, Texas 75647
Telephone:  (903) 236-9800
Facsimile:  (903) 236-8787
ederieux@capshawlaw.com

*ATTORNEYS FOR DEFENDANT
TERADATA OPERATIONS, INC.*

3

**CERTIFICATE OF SERVICE**

    The undersigned certifies that on this 10th day of August, 2015, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3). Any other counsel of record will be served by a facsimile transmission and/or first class mail on this same date.

                                              */s/ Elizabeth L. DeRieux*
                                              Elizabeth L. DeRieux