**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| REALTIME DATA LLC d/b/a IXO,<br><br>Plaintiff,<br><br>v.<br><br>ACTIAN CORPORATION ET AL.,<br><br>Defendants. | Case No. 6:15-cv-00463-RWS-JDL<br><br>CONSOLIDATED<br>LEAD CASE |

**DEFENDANT BMC SOFTWARE, INC.'S**
**CERTIFICATE OF INTERESTED PERSONS OR ENTITIES**

Pursuant to the Court's Scheduling Order (Dkt. No. 30), Defendant BMC Software, Inc. ("BMC"), hereby notifies the Court of the following persons or entities that are financially interested – either directly or indirectly – in the outcome of this case:

1. Plaintiff Realtime Data, LLC;

2. Defendant BMC Software, Inc. (and BMC Software, Inc.'s parents BMC Software Finance, Inc. and BMC Software Finance, Inc.'s parent Boxer Parent Company Inc. (*see* BMC's Rule 7.1 Corporate Disclosures Statement (Dkt. No. 25))).

-2-

| | |
|---|---|
| Dated: August 10, 2015 | **PILLSBURY WINTHROP SHAW PITTMAN LLP** |
| | |
| | */s/ Michael Chibib* |
| | Michael Chibib |
| | Texas State Bar No. 00793497 |
| | michael.chibib@pillsburylaw.com |
| | Conor M. Civins |
| | Texas State Bar No. 24040693 |
| | conor.civins@pillsburylaw.com |
| | Matthew K. Gates |
| | Texas State Bar No. 24069770 |
| | matt.gates@pillsburylaw.com |
| | David N. Patariu |
| | Texas State Bar No. 24074858 |
| | david.patariu@pillsburylaw.com |
| | 111 Congress Ave., Suite 400 |
| | Austin, Texas 78701 |
| | Tel: (512) 375-4909 |
| | Fax: (512) 375-4901 |
| | |
| | ***Counsel for Defendant*** |
| | ***BMC Software, Inc.*** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing via the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 10, 2015.

/s/*Michael Chibib*
Michael Chibib