# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| REALTIME DATA LLC d/b/a IXO,<br><br>        Plaintiff,<br><br> v.<br><br>ACTIAN CORPORATION, ET AL.<br><br>        Defendants. | Civil Action No. 6:15-cv-463-RWS-JDL<br>LEAD CASE<br><br>CERTIFICATE OF INTERESTED PERSONS |

## DEFENDANT ORACLE AMERICA, INC.'S
## CERTIFICATE OF INTERESTED PERSONS

Pursuant to the Court's Scheduling Order dated July 24, 2015, (Dkt. 30), Defendant Oracle America, Inc. provides this Certificate of Interested Persons.

1. Oracle America, Inc. is a wholly-owned subsidiary of <u>Oracle Corporation.</u>

2. <u>Oracle Corporation</u> through itself or one or more of its non-publicly held wholly-owned subsidiaries, owns ten (10) percent or more of the stock of Oracle America, Inc.

Dated: August 10, 2015　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/Melissa R. Smith
　　　　　　　　　　　　　　　　　　　　Melissa Richards Smith
　　　　　　　　　　　　　　　　　　　　mellisa@gillamsmithlaw.com
　　　　　　　　　　　　　　　　　　　　GILLAM & SMITH, LLP
　　　　　　　　　　　　　　　　　　　　303 South Washington Avenue
　　　　　　　　　　　　　　　　　　　　Marshall, TX 75670
　　　　　　　　　　　　　　　　　　　　Telephone:  (903) 934-8450
　　　　　　　　　　　　　　　　　　　　Facsimile:  (903) 934-9257


　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant Oracle America, Inc.*


## CERTIFICATE OF SERVICE

　　　　The undersigned hereby certifies that a true and correct copy of the above and forgoing document has been served on August 10, 2015 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by certified mail.


　　　　　　　　　　　　　　　　　　　　 /s/Melissa R. Smith
　　　　　　　　　　　　　　　　　　　　Melissa R. Smith