# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| **REALTIME DATA LLC d/b/a IXO,** *Plaintiff* vs. **ACTIAN CORPORATION ET AL.,** *Defendants* | **Civil Action No. 6:15-cv-463-RWS-JDL** **LEAD CASE** **JURY TRIAL DEMANDED** |
| **REALTIME DATA LLC d/b/a IXO,** *Plaintiff* vs. **RIVERBED TECHNOLOGY, INC., ET AL.** *Defendants* | **Civil Action No. 6:15-cv-468-RWS-JDL (Consolidated Case)** |
| **REALTIME DATA LLC d/b/a IXO,** *Plaintiff* vs. **SAP AMERICA INC., ET AL.** *Defendants* | **Civil Action No. 6:15-cv-469-RWS-JDL (Consolidated Case)** |

## DEFENDANT DELL INC.'S CERTIFICATION OF INTERESTED PARTIES

Pursuant to the Court's Scheduling Order (Dkt. #30) issued on July 24, 2015, Defendant Dell Inc., ("Dell") certifies that it is not aware of any other persons, associations of persons,

1

firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation.

Dated: August 10, 2015 Respectfully submitted,

By: */s/ Deron R. Dacus*
Deron R. Dacus
Texas Bar No. 00790553
The Dacus Firm, P.C.
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
(903) 705-7232
ddacus@DacusFirm.com

Thomas M. Dunham
D.C. Bar No. 448407
Attorney-in-Charge
J. Michael Woods
D.C. Bar No. 975433
Corrine M. Saylor (*pro hac vice*)
D.C. Bar No. 997638
Winston & Strawn LLP
1700 K Street, N.W.
Washington, DC 20006
Telephone:  (202) 282-5000
Fax:  (202) 282-5100
TDunham@winston.com
MWoods@winston.com
CSaylor@winston.com

*Attorneys for Defendant,*
*Dell Inc.*

### Certificate of Service

The undersigned certifies that on this 10th day of August, 2015, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3). Any other counsel of record will be served by a facsimile transmission and/or first class mail.

/s/ Deron R. Dacus
Deron R. Dacus