**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **REALTIME DATA, LLC,** | |
| Plaintiff, | NO. 6:15-cv-463-RWS-JDL |
| v. | CONSOLIDATED LEAD CASE |
| **ACTIAN CORPORATION, ET AL.** | |
| Defendants. | |

**DEFENDANTS SAP AMERICA INC. AND SYBASE, INC.'S
CERTIFICATE OF INTERESTED PERSONS OR ENTITIES**

Pursuant to the Court's Scheduling Order (Dkt. No. 30), Defendants SAP America Inc. and Sybase, Inc. (collectively, "Defendants") hereby notify the Court of the following persons or entities that are financially interested—either directly or indirectly—in the outcome of this case.

1. Plaintiff Realtime Data, LLC;

2. Defendant Sybase, Inc. (and Sybase Inc.'s parent SAP America, Inc.); and

3. SAP America, Inc. (and SAP America, Inc.'s parent SAP SE (*see* Defendants' Rule 7.1 Corporate Disclosures Statement (Dkt. No. 24)).

CERTIFICATE OF INTERESTED PERSONS OR ENTITIES - Page 1

Dated: August 10, 2015                           Respectfully submitted,

                                                 **FISH & RICHARDSON P.C.**

                                                 */s/ Michael A. Bittner*
                                                 Thomas M. Melsheimer
                                                 Texas Bar No. 13922550
                                                 melsheimer@fr.com
                                                 Michael A. Bittner
                                                 Texas Bar No. 24064905
                                                 bittner@fr.com
                                                 Rex A. Mann
                                                 mann@fr.com
                                                 1717 Main Street, Suite 5000
                                                 Dallas, Texas 75201
                                                 Telephone: (214) 747-5071

                                                 Katherine Kelly Lutton
                                                 California State Bar No. 194971
                                                 Email: lutton@fr.com
                                                 500 Arguello St., Suite 500
                                                 Redwood City, California 94063
                                                 Telephone: (650) 839-5070
                                                 Facsimile: (650)


                                                 **ATTORNEYS FOR DEFENDANTS**
                                                 **SAP AMERICA INC. AND SYBASE, INC.**


**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on August 10, 2015, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.


                                                 */s/ Michael A. Bittner*
                                                 Michael A. Bittner