IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| REALTIME DATA, LLC d/b/a IXO<br><br>Plaintiff<br><br>v.<br><br>ACTIAN CORPORATION AND PERVASIVE SOFTWARE INC.<br><br>Defendants | NO. 6:15-cv-463-RWS-JDL<br><br><u>JURY TRIAL DEMANDED</u> |

**<u>DEFENDANTS ACTIAN CORPORATION AND PERVASIVE SOFTWARE, INC.'S CERTIFICATE OF FINANCIALLY INTERESTED PARTIES</u>**

Pursuant to Paragraph 2 of the Court's July 24, 2015 Scheduling Order (Dkt 30), Defendants Actian Corporation and Pervasive Software Inc. certify that they are not aware of any other persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation other than:

<u>Realtime Data, LLC:</u> Plaintiff.

<u>Actian Corporation</u>: Actian Corporation is a privately held corporation organized under the laws of Delaware and no other publicly held corporation owns 10% or more of Actian Corporation's Stock.

<u>Pervasive Software Inc.:</u> Pervasive Software Inc. is a wholly owned subsidiary of Actian Corporation.

1

2

       Respectfully submitted,


       */s/ James W. Morando*

       Deron R. Dacus
       Texas Bar No. 00790553
       E-mail: ddacus@dacusfirm.com
       THE DACUS FIRM, P.C.
       821 ESE Loop 323, Suite 430
       Tyler, Texas 75701
       Telephone: 903-705-1117
       Fax:  903-581-2543


       James W. Morando (Lead Attorney)
       (California Bar No. 87890)
       E-mail: jmorando@fbm.com
       Dan Callaway (California Bar No. 262675)
       E-mail:  dcallaway@fbm.com
       Admitted *Pro Hac Vice*
       FARELLA BRAUN + MARTEL LLP
       235 Montgomery Street, 17th Floor
       San Francisco, CA  94104
       Telephone: (415) 954-4400
       Fax: (415) 954-4480


       Attorneys for Defendants Actian Corporation and
       Pervasive Software Inc.

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed.R.Civ.P. 5(d) and Local Rule CV-5(d), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of this document via email, facsimile and/or U.S. First Class Mail this 10th day of August, 2015.

      */s/ James W. Morando*
      James W. Morando