# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| REALTIME DATA LLC d/b/a IXO,<br>    Plaintiff,<br>v.<br>ACTIAN CORPORATION and<br>PERVASIVE SOFTWARE INC.,<br>    Defendants. | **LEAD Case No. 6:15-cv-463-RWS-JDL** |
| REALTIME DATA LLC d/b/a IXO,<br>    Plaintiff,<br>v.<br>BMC SOFTWARE, INC.<br>    Defendant. | Case No. 6:15-cv-464-RWS-JDL |
| REALTIME DATA LLC d/b/a IXO,<br>    Plaintiff,<br>v.<br>DROPBOX, INC.,<br>    Defendant. | Case No. 6:15-cv-465-RWS-JDL |
| REALTIME DATA LLC d/b/a IXO,<br>    Plaintiff,<br>v.<br>ECHOSTAR CORPORATION AND<br>HUGHES NETWORK SYSTEMS, LLC,<br>    Defendants. | Case No. 6:15-cv-466-RWS-JDL |
| REALTIME DATA LLC d/b/a IXO,<br>    Plaintiff,<br>v.<br>ORACLE AMERICA, INC., HEWLETT-<br>PACKARD COMPANY, and HP<br>ENTERPRISE SERVICES, LLC,<br>    Defendants. | Case No. 6:15-cv-467-RWS-JDL |
| REALTIME DATA LLC d/b/a IXO,<br>    Plaintiff,<br>v.<br>RIVERBED TECHNOLOGY, INC. and<br>DELL INC.,<br>    Defendants. | Case No. 6:15-cv-468-RWS-JDL |

| | |
|---|---|
| REALTIME DATA LLC d/b/a IXO,<br>　　　　　　　　　Plaintiff,<br>　　　　　v.<br>SAP AMERICA INC., SYBASE, INC.,<br>HEWLETT-PACKARD COMPANY, and<br>HP ENTERPRISE SERVICES, LLC,<br>　　　　　　　　　Defendants. | Case No. 6:15-cv-469-RWS-JDL |
| REALTIME DATA LLC d/b/a IXO,<br>　　　　　　　　　Plaintiff,<br>　　　　　v.<br>TERADATA CORPORATION and<br>TERADATA OPERATIONS, INC.<br>　　　　　　　　　Defendants. | Case No. 6:15-cv-470-RWS-JDL |

### [PROPOSED] ORDER DENYING
### ALL DEFENDANTS' MOTIONS TO DISMISS

Before the Court are: (1) Defendants SAP America Inc., et al.'s Motion to Dismiss First Amended Complaint (Dkt. 23); (2) Defendant Dropbox, Inc.'s Motion To Dismiss For Failure To State Claim (Dkt. 26); (3) Defendants Actian Corporation and Pervasive Software Inc.'s Motion To Dismiss Complaint (Dkt. 31); (4) Defendant Riverbed Technology's Motion To Dismiss For Failure To State A Claim (Dkt. 38); and (5) Dell Inc.'s Motion To Dismiss (Dkt. 44) (collectively, "Defendants' Motions"). The Court is of the opinion that Defendants' Motions should be DENIED.

IT IS THEREFORE ORDERED that Defendants' Motions to Dismiss are DENIED.