# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **REALTIME DATA LLC d/b/a IXO,** <br><br> **Plaintiff,** <br><br> v. <br><br> **ACTIAN CORPORATION et al.,** <br><br> **Defendants.** | Case No. 6:15-cv-463-RWS-JDL <br><br> **LEAD CASE** <br><br> **JURY TRIAL DEMANDED** |

## JOINT NOTICE OF AGREED MEDIATOR

Pursuant to the Order setting the Scheduling Conference (Dkt. 30), all parties have conferred and agreed upon a mediator to conduct mediations in each of the consolidated cases as follows:

> Hon. David Folsom
> Jackson Walker, L.L.P.
> 6002 Summerfield Drive, Suite B
> Texarkana, Texas 75503
> Tel.: (903) 255-3251
> Fax: (903) 255-3266
> E-mail: dfolsom@jw.com

Dated:  September 1, 2015                Respectfully submitted,

*/s/ Marc A. Fenster by permission Claire Abernathy Henry*
Marc A. Fenster (CA SBN 181067)
LEAD ATTORNEY
Reza Mirzaie (CA SBN 246953)
Brian D. Ledahl (CA SBN 186579)
Adam S. Hoffman (CA SBN 218740)
Jeffrey Z.Y. Liao (CA SBN 288994)
Kyunghoon John Woo (CA SBN 281132)
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
(310) 826-7474

mfenster@raklaw.com
rmirzaie@raklaw.com
bledahl@raklaw.com
ahoffman@raklaw.com
jliao@raklaw.com
jwoo@raklaw.com

T. John Ward, Jr.
Texas State Bar No. 00794818
E-mail: jw@wsfirm.com
Claire Abernathy Henry
Texas State Bar No. 24053063
E-mail: claire@wsfirm.com
WARD, SMITH & HILL, PLLC
1127 Judson Road, Ste 220
Longview, Texas 75601
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)

*Attorneys for Plaintiff*
*Realtime Data LLC d/b/a IXO*


*/s/ James William Morando* _____
Deron R Dacus
Texas State Bar No. 00790553
THE DACUS FIRM, PC
821 ESE Loop 323
Suite 430
Tyler, TX 75701
903/705-1117
Fax: 903/581-2543
ddacus@dacusfirm.com

James William Morando  (CA SBN 87896)
Daniel C Callaway (CA SBN 262675)
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
415-954-4400
Fax: 415-954-4480
jmorando@fbm.com
dcallaway@fbm.com

*Attorneys for Defendants*
*Actian Corporation and*

*Pervasive Software Inc.*

*/s/ Michael Chibib*
Michael Chibib
Texas State Bar No. 00793497
Conor Monroe Civins
Texas State Bar No. 24040693
David Nicholas Patariu
Texas State Bar No. 24074858
Matthew Karl Gates
Texas State Bar No. 24069770
PILLSBURY WINTHROP
SHAW PITTMAN LLP - AUSTIN
111 Congress Avenue
Suite 400
Austin, TX 78701
512-375-4909
Fax: 512-479-6745
michael.chibib@pillsburylaw.com
conor.civins@pillsburylaw.com
David.Patariu@pillsburylaw.com
matthew.gates@pillsburylaw.com

*Attorneys for Defendant*
*BMC Software, Inc.*

*/s/ Ryan M Kent*
Deron R Dacus
Texas State Bar No. 00790553
THE DACUS FIRM, PC
821 ESE Loop 323
Suite 430
Tyler, TX 75701
903/705-1117
Fax: 903/581-2543
ddacus@dacusfirm.com

Ryan M Kent (CA SBN 220441)
DURIE TANGRI, LLP
217 Leidesdorff Street
San Francisco, CA 94111
415/362-6666
Fax: 415-236-6300
rkent@durietangri.com

*Attorneys for Defendant*
*Dropbox, Inc.*


*/s/ Adam R Shartzer* _____
Thomas M Melsheimer
Texas State Bar No. 13922550
FISH & RICHARDSON - DALLAS
1717 Main St
Suite 5000
Dallas, TX 75201
214/747-5070
Fax: 12147472091
melsheimer@fr.com

Adam R Shartzer
John Wesley Samples
Timothy W Riffe
FISH & RICHARDSON PC - WASHINGTON DC
1425 K Street, NW
Suite 1100
Washington, DC 20005
202-783-5070
Fax: 202-783-2331
shartzer@fr.com
samples@fr.com
riffe@fr.com

*Attorneys for Defendants*
*EchoStar Corporation and*
*Hughes Network Systems, LLC*


*/s/ Christine Capuyan* _____
Melissa Richards Smith
Texas State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, TX 75670
903/934-8450
Fax: 903/934-9257
melissa@gillamsmithlaw.com

Monica Grewal (MA SBN 659449)

WILMER CUTLER PICKERING HALE & DORR - BOSTON
60 State Street
Boston, MA 02109
617-526-6000
Fax: 617-526-5000
monica.grewal@wilmerhale.com

Christine Capuyan (CA SBN 281036)
WILMER CUTLER PICKERING HALE & DORR – PALO ALTO
950 Page Mill Road
Palo Alto, CA 94304 USA
+1 650 858 6130 (t)
+1 650 858 6100 (f)
christine.capuyan@wilmerhale.com

*Attorneys for Defendant*
*Oracle America, Inc.*


*/s/ Olivia M Kim* _____
Melissa Richards Smith
Texas State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, TX 75670
903/934-8450
Fax: 903/934-9257
melissa@gillamsmithlaw.com

Edward G Poplawski (CA SBN 113590)
Olivia M Kim (CA SBN 228382)
WILSON SONSINI GOODRICH & ROSATI, PC - LOS ANGELES
633 West Fifth Street
Suite 1550
Los Angeles, CA 90071
323-210-2901
Fax: 866-974-7329
epoplawski@wsgr.com
okim@wsgr.com

*Attorneys for Defendants*
*Hewlett-Packard Company and*
*HP Enterprise Services, LLC*

5

*/s/ John Russell Emerson* _____
John Russell Emerson
Texas State Bar No. 24002053
Matthew Philip Chiarizio
Texas State Bar No. 24087294
HAYNES & BOONE, LLP - DALLAS
2323 Victory Avenue
Suite 700
Dallas, TX 75219
214/651-5000
Fax: 214/651-5940
russ.emerson@haynesboone.com
matthew.chiarizio@haynesboone.com

*Attorneys for Defendant*
*Riverbed Technology, Inc.*


*/s/ Michael Woods*_____
Deron R Dacus
Texas State Bar No. 00790553
THE DACUS FIRM, PC
821 ESE Loop 323
Suite 430
Tyler, TX 75701
903/705-1117
Fax: 903/581-2543
ddacus@dacusfirm.com

Corrine M Saylor
James Michael Woods
Thomas M Dunham
WINSTON & STRAWN LLP - DC
1700 K Street, NW
Washington, DC 20006
202/282-5000
Fax: 202/282-5100
csaylor@winston.com
mwoods@winston.com
tdunham@winston.com

*Attorneys for Defendant*
*Dell Inc.*

*/s/ Michael Andrew Bittner* _____
Thomas M Melsheimer
Texas State Bar No. 13922550
Michael Andrew Bittner
Texas State Bar No. 24064905
Rex Andrew Mann
Texas State Bar No. 24075509
FISH & RICHARDSON - DALLAS
1717 Main St
Suite 5000
Dallas, TX 75201
214/747-5070
Fax: 12147472091
melsheimer@fr.com
bittner@fr.com
mann@fr.com

Katherine Kelly Lutton (CA SBN 194971)
FISH & RICHARDSON - REDWOOD CITY
500 Arguello St
Suite 500
Redwood City, CA 94063
650/839-5070
Fax: 650/839-5071
lutton@fr.com

Garth Alan Winn (OR SBN 921585)
John Christopher Carraway (OR SBN 961723)
John D Vandenberg (OR SBN 893755)
Kyle B Rinehart (OR SBN 984283)
KLARQUIST SPARKMAN LLP
One World Trade Center
121 SW Salmon Street, Suite 1600
Portland, OR 97204
503/595-5300
Fax: 503/595-5301
garth.winn@klarquist.com
chris.carraway@klarquist.com
john.vandenberg@klarquist.com
kyle.rinehart@klarquist.com

*Attorneys for Defendants*
*SAP America, Inc. and*
*Sybase, Inc.*

*/s/ Jamie Roy Lynn*
Elizabeth L DeRieux
CAPSHAW DERIEUX LLP
114 E Commerce Avenue
Gladewater, TX 75647
(903) 233-4816
Fax: (903) 236-8787
ederieux@capshawlaw.com

Mark Laurence Whitaker
Han Kyu Lee
Jamie Roy Lynn
Mark Shiqian Zhai
BAKER BOTTS LLP - D.C.
The Warner Building
1299 Pennsylvania Ave NW
Washington, DC 20004-2400
202-639-7785
Fax: 202-639-1151
mark.whitaker@bakerbotts.com
han.lee@bakerbotts.com
jamie.lynn@bakerbotts.com
mark.zhai@bakerbotts.com

*Attorneys for Defendant*
*Teradata Operations, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on this 1st day of September, 2015.

/s/ Claire Abernathy Henry
Claire Abernathy Henry