**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **REALTIME DATA LLC d/b/a IXO,**<br><br>**Plaintiff,**<br><br>v.<br><br>**ACTIAN CORPORATION et al.,**<br><br>**Defendants.** | **CASE NO.: 6:15-cv-463-RWS-JDL**<br><br>**LEAD CASE**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Bobby Lamb of Gillam & Smith, LLP enters his appearance on behalf of Defendants HP Enterprise Services, LLC, Hewlett-Packard Company, and Oracle America, Inc. in this matter as additional counsel.

Bobby Lamb may receive all communications from the Court and from other parties at Gillam & Smith, LLP, 303 South Washington Avenue, Marshall, Texas 75670; Telephone: (903) 934-8450; Facsimile: (903) 934-9257; e-mail wrlamb@gillamsmithlaw.com.

Dated: September 1, 2015                              Respectfully submitted,

                                                                              */s/ Bobby Lamb*
                                                                              Bobby Lamb
                                                                              State Bar No. 24080997
                                                                              GILLAM & SMITH, LLP
                                                                              303 South Washington Avenue
                                                                              Marshall, Texas 75670
                                                                              Telephone: (903) 934-8450
                                                                              Facsimile: (903) 934-9257
                                                                              Email: wrlamb@gillamsmithlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 1st day of September, 2015, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                              */s/ Bobby Lamb*
                                              Bobby Lamb