**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| REALTIME DATA, LLC d/b/a IXO<br><br>    Plaintiff,<br><br>v.<br><br>ACTIAN CORPORATION and PERVASIVE SOFTWARE, INC.,<br><br>    Defendants. | Case No. 6:15-cv-463-RWS-JDL<br><br>LEAD CASE |
| REALTIME DATA LLC d/b/a IXO,<br><br>    Plaintiff,<br><br>v.<br><br>ECHOSTAR CORPORATION and HUGHES NETWORK SYSTEMS, LLC,<br><br>    Defendants. | Case No. 6:15-cv-466-RWS-JDL<br><br>MEMBER CASE |

**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL**

Defendants Echostar Corporation and Hughes Network Systems, LLC ("Defendants") files this Notice of Appearance, and hereby notifies the Court that Michael A. Bittner, of the law firm Fish & Richardson P.C., located at 1717 Main Street, Suite 5000, Dallas, Texas 75201, is appearing as additional counsel for Defendant in the above-referenced matter. All pleadings, discovery, correspondence, and other materials should be served upon counsel at the above-referenced address.

**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL – Page 1**

| | |
|---|---|
| Dated: September 1, 2015 | Respectfully submitted,<br><br>FISH & RICHARDSON P.C.<br><br>By: */s/ Michael A. Bittner*<br>Michael A. Bittner<br>Texas Bar No. 24064905<br>bittner@fr.com<br>1717 Main Street, Suite 5000<br>Dallas, Texas 75201<br>Telephone: (214) 747-5071<br>Facsimile: (214) 747-2091<br><br>Timothy W. Riffe<br>DC Bar No. 482810<br>riffe@fr.com<br>Adam R. Shartzer<br>GA Bar No. 118008<br>shartzer@fr.com<br>J. Wesley Samples<br>OR Bar No. 121784<br>samples@fr.com<br>FISH & RICHARDSON P.C.<br>1425 K Street N.W., 11th Floor<br>Washington, DC 20005-3500<br>Telephone: 202-783-5070<br>Facsimile: 202-783-2331<br><br>**Counsel for Defendants Echostar Corporation and Hughes Network Systems, LLC** |

## CERTIFICATE OF SERVICE

    I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system pursuant to the Court's Local Rules this 1st day of September 2015. All other counsel will be served by U.S. mail.

                                                */s/Michael A. Bittner*
                                                Michael A. Bittner