**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| **REALTIME DATA LLC d/b/a IXO,** | Case No. **6:15-cv-463-RWS-JDL** |
| **Plaintiff,** | |
| v. | **LEAD CASE** |
| **ACTIAN CORPORATION et al.,** | **JURY TRIAL DEMANDED** |
| **Defendants.** | |

## ORDER EXTENDING DEADLINE

Before the Court is the Unopposed Motion of Defendants Actian Corporation, Pervasive Software Inc., BMC Software, Inc., Dropbox, Inc., EchoStar Corporation, Hughes Network Systems, LLC, Oracle America, Inc., Hewlett-Packard Company, HP Enterprise Services, LLC, Riverbed Technology, Inc., Dell Inc., SAP America, Inc., Sybase, Inc., and Teradata Operations, Inc. (collectively, "Defendants") to Extend a Deadline.  Plaintiff Realtime Data LLC does not oppose this motion.  The Court, having reviewed the motion, and being well-advised, finds that the motion should be GRANTED.  It is therefore ORDERED that the deadline for the parties to file Foundational Orders is extended from 9:00 AM Central to 12:00 PM Central on September 1, 2015.

**So ORDERED and SIGNED this 2nd day of September, 2015.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE