**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| REALTIME DATA LLC; <br><br> Plaintiff, <br><br> vs. <br><br> ACTIAN CORPORATION ET AL..; <br><br> Defendants. | CASE No. 6:15-CV-463–RWS-JDL <br><br> **Jury Trial Demanded** |

## NOTICE OF ATTORNEY APPEARANCE

Notice is hereby given that the undersigned attorney, D. Jeffrey Rambin, enters his appearance in this matter as counsel for Defendant Teradata Operations, Inc., for the purpose of receiving notices and orders from the Court.

                                                 Respectfully submitted,

Dated:  September 2, 2015

By: /s/  D. Jeffrey Rambim
Mark L. Whitaker
Jamie R. Lynn
Mark S. Zhai
The Warner
1299 Pennsylvania Ave., NW
Washington, D.C.  20004-2400
Telephone:  +1.202.639.7786
Facsimile:  +1.202.585.1026
Email:  Mark.Whitaker@bakerbotts.com
Email:  jamie.lynn@bakerbotts.com
Email:  mark.zhai@bakerbotts.com

Elizabeth L. DeRieux
State Bar No. 05770585
ederieux@capshawlaw.com
D. Jeffrey Rambin
State Bar No. 00791478
jrambin@capshawlaw.com
**CAPSHAW DERIEUX, L.L.P.**

                                                114 E. Commerce Ave.
                                                Gladewater, Texas 75647
                                                Telephone: (903) 236-9800
                                                Facsimile: (903) 236-8787

***ATTORNEYS FOR DEFENDANT TERADATA OPERATIONS, INC.***

## CERTIFICATE OF SERVICE

       I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this September 2, 2015 with a copy of this document via the Court's CM/ECF System per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                                /s/ D. Jeffrey Rambin
                                                D. Jeffrey Rambin