**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **REALTIME DATA, LLC,** | |
| **Plaintiff,** | **NO. 6:15-cv-463-RWS-JDL** |
| **v.** | **CONSOLIDATED LEAD CASE** |
| **ACTIAN CORPORATION, ET AL.** | |
| **Defendants.** | |

## ORDER

On this date, Defendants SAP America Inc., Sybase, Inc., Hewlett-Packard Company, HP Enterprise Services, LLC, Dell Inc., Dropbox, Inc., BMC Software, Inc., Echostar Corporations, Hughes Network Systems, LLC, Actian Corporation, and Pervasive Software Inc. (collectively, "Defendants") came to be heard on their Unopposed Motion to Extend Reply Deadline.  After considering this motion, the Court finds that it is well taken and should be approved.

Accordingly, Defendants' motion is hereby **GRANTED**.   The deadline for Defendant's Reply to Plaintiff Realtime Data LLC's Response to Defendants' Motions to Dismiss in the above-captioned actions is hereby extended up to and including September 11, 2015.

**IT IS SO ORDERED.**

**So ORDERED and SIGNED this 9th day of September, 2015.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

1