IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| REALTIME DATA LLC d/b/a IXO, <br> Plaintiff, <br><br> v. <br><br> ACTIAN CORPORATION and <br> PERVASIVE SOFTWARE, INC., <br> Defendants. | CIVIL ACTION NO. 6:15-cv-463-RWS-JDL <br><br> LEAD CASE <br><br> Hon. Robert W. Schroeder, III |

## DELL INC.'S MOTION TO DISMISS - REPLY

Defendant Dell Inc. ("Dell") pursuant to Federal Rule of Civil Procedure 12(c), moved to dismiss Realtime Data LLC's d/b/a IXO ("Realtime") complaint in *Realtime Data LLC d/b/a IXO v. Riverbed Technology, Inc., and Dell Inc.*, 6:15-cv-468-RWS (Dkt # 1) for lack of standing on the basis that U.S. Patents 7,378,992 (the '992 patent), 8,643,513 (the '513 patent), and 7,415,530 (the '530 patent) claim patent-ineligible subject matter and thus are invalid under 35 U.S.C. § 101 (Dkt # 44 ).

In Reply to Plaintiff's Opposition (Dkt #76), Dell joins, relies upon, and incorporates herein the arguments and authority described in the Defendants' Reply Brief on Their Motion to Dismiss First Amended Complaint filed by Defendants SAP America Inc., Sybase, Inc., Hewlett-Packard-Company, HP Enterprise Services, LLC, Dell Inc., BMC Software, Inc., Echostar Corporation, Hughes Network Systems, LLC in the lead consolidated case, *Realtime Data LLC d/b/a IXO v. Actian Corporation and Pervasive software, Inc*, 6:15-cv-463-RWS-JDL (Dkt #98 ). Dell respectfully requests that this Court grant its motion to dismiss.

Dated: September 11, 2015                                   Respectfully submitted,

By: */s/ Deron R. Dacus*
Deron R. Dacus
Texas Bar No. 00790553
The Dacus Firm, P.C.
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
(903) 705-7232
ddacus@DacusFirm.com

Thomas M. Dunham
D.C. Bar No. 448407
Attorney-in-Charge

J. Michael Woods
D.C. Bar No. 975433

Corrine M. Saylor (*pro hac vice*)
D.C. Bar No. 997638

Winston & Strawn LLP
1700 K Street, N.W.
Washington, DC 20006
Telephone:  (202) 282-5000
Fax:  (202) 282-5100
TDunham@winston.com
MWoods@winston.com
CSaylor@winston.com

*Attorneys for Defendant,*
*Dell Inc.*

## Certificate of Service

The undersigned certifies that on this 11th day of September, 2015, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3). Any other counsel of record will be served by a facsimile transmission and/or first class mail.

*/s/ Deron R. Dacus*

Deron R. Dacus