# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| REALTIME DATA LLC d/b/a IXO, | Case No. 6:15-cv-463-RWS-JDL |
| Plaintiff, | LEAD CASE |
| v. | |
| ACTIAN CORPORATION, ET AL., | |
| Defendants. | |

## NOTICE OF APPEARANCE OF COUNSEL

J. Christopher Carraway, of the law firm Klarquist Sparkman, LLP, located at 121 SW Salmon Street, Suite 1600, Portland, OR 97204, email: chris.carraway@klarquist.com, files this Notice of Appearance on behalf of Hewlett-Packard Company and HP Enterprise Services, LLC in the above-referenced matter.  All orders, notices, pleadings and correspondence should be served upon counsel at the above-referenced address.

Dated:  September 16, 2015

Respectfully submitted,

KLARQUIST SPARKMAN, LLP

By:  */s/ J. Christopher Carraway*
J. Christopher Carraway
(OR State Bar No. 961723)
Email:  chris.carraway@klarquist.com
Klarquist Sparkman, LLP
121 SW Salmon Street, Suite 1600
Portland, Oregon  97204
Telephone:  503-595-5300
Facsimile:  503-595-5301

Counsel for Defendants
SAP AMERICA INC., SYBASE, INC.,
HEWLETT-PACKARD COMPANY and
HP ENTERPRISE SERVICES, LLC

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on September 16, 2015 a true and correct copy of the above and foregoing document has been served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

               */s/ J. Christopher Carraway*
               J. Christopher Carraway