# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| REALTIME DATA LLC d/b/a IXO, | Case No. 6:15-cv-463-RWS-JDL |
| Plaintiff, | LEAD CASE |
| v. | |
| ACTIAN CORPORATION, ET AL., | |
| Defendants. | |

## NOTICE OF APPEARANCE OF COUNSEL

John D. Vandenberg, of the law firm Klarquist Sparkman, LLP, located at 121 SW Salmon Street, Suite 1600, Portland, OR 97204, email: john.vandenberg@klarquist.com, files this Notice of Appearance on behalf of Hewlett-Packard Company and HP Enterprise Services, LLC in the above-referenced matter.  All orders, notices, pleadings and correspondence should be served upon counsel at the above-referenced address.

Dated:  September 16, 2015        Respectfully submitted,

                                                 KLARQUIST SPARKMAN, LLP

By:    */s/ John D. Vandenberg*
       John D. Vandenberg
       (OR State Bar No. 893755)
       Email:  john.vandenberg@klarquist.com
       Klarquist Sparkman, LLP
       121 SW Salmon Street, Suite 1600
       Portland, Oregon  97204
       Telephone:  503-595-5300
       Facsimile:  503-595-5301

       Counsel for Defendants
       SAP AMERICA INC., SYBASE, INC.,
       HEWLETT-PACKARD COMPANY and
       HP ENTERPRISE SERVICES, LLC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 16, 2015 a true and correct copy of the above and foregoing document has been served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ John D. Vandenberg*
John D. Vandenberg