**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| REALTIME DATA LLC d/b/a IXO, | Case No. 6:15-cv-463-RWS-JDL |
| Plaintiff, | LEAD CASE |
| v. | |
| ACTIAN CORPORATION, ET AL., | |
| Defendants. | |

## NOTICE OF APPEARANCE OF COUNSEL

Kyle B. Rinehart, of the law firm Klarquist Sparkman, LLP, located at 121 SW Salmon Street, Suite 1600, Portland, OR 97204, email: kyle.rinehart@klarquist.com, files this Notice of Appearance on behalf of Hewlett-Packard Company and HP Enterprise Services, LLC in the above-referenced matter.  All orders, notices, pleadings and correspondence should be served upon counsel at the above-referenced address.

Dated:  September 16, 2015

Respectfully submitted,

KLARQUIST SPARKMAN, LLP

By:     */s/ Kyle B. Rinehart*
        Kyle B. Rinehart
        (OR State Bar No. 984283; *Admitted Pro Hac Vice*)
        Email:  kyle.rinehart@klarquist.com
        Klarquist Sparkman, LLP
        121 SW Salmon Street, Suite 1600
        Portland, Oregon  97204
        Telephone:  503-595-5300
        Facsimile:  503-595-5301

        Counsel for Defendants
        SAP AMERICA INC., SYBASE, INC.,
        HEWLETT-PACKARD COMPANY and
        HP ENTERPRISE SERVICES, LLC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 16, 2015 a true and correct copy of the above and foregoing document has been served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Kyle B. Rinehart*
Kyle B. Rinehart