# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| REALTIME DATA LLC d/b/a IXO,<br>        Plaintiff,<br>v.<br>ACTIAN CORPORATION and<br>PERVASIVE SOFTWARE INC.,<br>        Defendants. | **LEAD Case No. 6:15-cv-463-RWS-JDL** |
| REALTIME DATA LLC d/b/a IXO,<br>        Plaintiff,<br>v.<br>BMC SOFTWARE, INC.<br>        Defendant. | Case No. 6:15-cv-464-RWS-JDL |
| REALTIME DATA LLC d/b/a IXO,<br>        Plaintiff,<br>v.<br>DROPBOX, INC.,<br>        Defendant. | Case No. 6:15-cv-465-RWS-JDL |
| REALTIME DATA LLC d/b/a IXO,<br>        Plaintiff,<br>v.<br>ECHOSTAR CORPORATION AND<br>HUGHES NETWORK SYSTEMS, LLC,<br>        Defendants. | Case No. 6:15-cv-466-RWS-JDL |
| REALTIME DATA LLC d/b/a IXO,<br>        Plaintiff,<br>v.<br>ORACLE AMERICA, INC., HEWLETT-<br>PACKARD COMPANY, and HP<br>ENTERPRISE SERVICES, LLC,<br>        Defendants. | Case No. 6:15-cv-467-RWS-JDL |
| REALTIME DATA LLC d/b/a IXO,<br>        Plaintiff,<br>v.<br>RIVERBED TECHNOLOGY, INC. and<br>DELL INC.,<br>        Defendants. | Case No. 6:15-cv-468-RWS-JDL |

| | |
|---|---|
| REALTIME DATA LLC d/b/a IXO,<br>                            Plaintiff,<br>            v.<br>SAP AMERICA INC., SYBASE, INC.,<br>HEWLETT-PACKARD COMPANY, and<br>HP ENTERPRISE SERVICES, LLC,<br>                           Defendants. | Case No. 6:15-cv-469-RWS-JDL |
| REALTIME DATA LLC d/b/a IXO,<br>                            Plaintiff,<br>            v.<br>TERADATA OPERATIONS, INC.<br>                           Defendants. | Case No. 6:15-cv-470-RWS-JDL |

## **NOTICE OF ATTORNEY APPEARANCE**

Notice is hereby given that the undersigned attorney, Paul A. Kroeger, enters his appearance in the above-referenced proceedings for the Plaintiff, Realtime Data LLC d/b/a IXO ("Realtime Data"). Realtime Data respectfully requests that the Court take note of this Notice of Appearance and make Paul A. Kroeger one of the attorneys of record for Realtime Data in this lawsuit. Copies of all communications and other documents should be e-mailed or faxed to Paul A. Kroeger at the address set forth below.

Dated:  September 22, 2015                                    Respectfully submitted,

                                                                                                    By: /s/ *Paul A. Kroeger*
                                                          Paul A. Kroeger (CA SBN 229074)
                                                          Reza Mirzaie (CA SBN 246953)
                                                          Marc A. Fenster (CA SBN 181067)
                                                          Brian D. Ledahl (CA SBN 186579)
                                                          Jeffrey Z.Y. Liao (CA SBN 288994)
                                                          C. Jay Chung (CA SBN 252794)
                                                          Adam S. Hoffman (CA SBN 218740)
                                                          RUSS AUGUST & KABAT
                                                          12424 Wilshire Boulevard, 12th Floor
                                                          Los Angeles, CA 90025
                                                          (310) 826-7474 (telephone)
                                                          (310) 826-6991 (facsimile)

pkroeger@raklaw.com
rmirzaie@raklaw.com
mfenster@raklaw.com
bledahl@raklaw.com
jliao@raklaw.com
jchung@raklaw.com
ahoffman@rakalw.com

T. John Ward, Jr.
Texas State Bar No. 00794818
E-mail: jw@wsfirm.com
Claire Abernathy Henry
Texas State Bar No. 24053063
E-mail: claire@wsfirm.com
WARD, SMITH & HILL, PLLC
1127 Judson Road, Ste 220
Longview, Texas 75601
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)

**Attorneys for Plaintiff**
**Realtime Data LLC d/b/a IXO**

**CERTIFICATE OF SERVICE**

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served on September 22, 2015, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ *Paul A. Kroeger*