IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| REALTIME DATA LLC d/b/a IXO | § | |
| | § | |
| v. | § | CASE NO. 6:15cv463-RWS-JDL |
| | § | (LEAD CASE) |
| ACTIAN CORPORATION, ET AL. | § | |

ORDER

Came on to be considered the Notice Regarding Certain Motions to Dismiss (Doc. 122), and

the Court, having been advised these motions have been resolved, is of the opinion that the Motions

are denied as moot. It is therefore,

ORDERED that the Motions (Docs. 23, 26, 31 and 38) are denied as moot.

**So ORDERED and SIGNED this 30th day of September, 2015.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE