**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| REALTIME DATA LLC;<br><br>    Plaintiff,<br><br>vs.<br><br>ACTIAN CORPORATION ET AL..;<br><br>    Defendants. | CASE No. 6:15-CV-463–RWS-JDL<br><br>**Jury Trial Demanded** |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO MOTION TO TRANSFER VENUE PURSUANT TO 26 U.S.C. § 1404(A)**

COMES NOW Defendant, Teradata Operations, Inc., ("Teradata") and files this Unopposed Motion for Extension of Time to File Reply to Defendant Teradata Operations, Inc.'s Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(A) (Dkt. 25).

Currently, Teradata's deadline to reply to its Motion is October 2, 2015. Teradata requests additional time up to and including October 19, 2015 to reply. Teradata seeks the additional extensions to allow sufficient time to fully investigate the arguments in Plaintiff's opposition and provide an appropriate reply thereto. The extension of time is sought for good cause and will not adversely affect other deadlines.

A proposed order is attached herewith.

Respectfully submitted,

Dated:  October 1, 2015

By: /s/  D. Jeffrey Rambin
Mark L. Whitaker
Jamie R. Lynn
Mark S. Zhai
The Warner
1299 Pennsylvania Ave., NW
Washington, D.C.  20004-2400
Telephone:  +1.202.639.7786

        Facsimile:  +1.202.585.1026
        Email:  Mark.Whitaker@bakerbotts.com
        Email:  jamie.lynn@bakerbotts.com
        Email:  mark.zhai@bakerbotts.com

        Elizabeth L. DeRieux
        State Bar No. 05770585
        ederieux@capshawlaw.com
        D. Jeffrey Rambin
        State Bar No. 00791478
        jrambin@capshawlaw.com
        **CAPSHAW DERIEUX, L.L.P.**
        114 E. Commerce Ave.
        Gladewater, Texas 75647
        Telephone: (903) 236-9800
        Facsimile: (903) 236-8787

        ***ATTORNEYS FOR DEFENDANT TERADATA OPERATIONS, INC.***

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Teradata has conferred with counsel for Plaintiff and this motion is unopposed.

/s/ D. Jeffrey Rambin

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this October 1, 2015 with a copy of this document via the Court's CM/ECF System per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ D. Jeffrey Rambin
D. Jeffrey Rambin