IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| REALTIME DATA LLC d/b/a IXO,<br><br>    Plaintiff,<br><br>    v.<br><br>ACTIAN CORPORATION and<br>PERVASIE SOFTWARE, INC.,<br><br>    Defendants. | CASE NO.  6:15-cv-463-RWS-JDL<br><br>LEAD CASE |

### ORDER GRANTING MOTION TO FOR LEAVE

CAME ON THIS DAY for consideration of the Unopposed Motion For Leave To Exceed Page Limits On Their Motion To Dismiss Amended Complaints filed by Defendants SAP America Inc., Sybase, Inc., Hewlett-Packard Company, HP Enterprise Services, LLC, Dell Inc., Echostar Corporation, Hughes Network Systems, LLC, Dropbox, Inc. and Riverbed Technology, Inc.  The Court being of the opinion that said Motion should be GRANTED, it is hereby

ORDERED that moving Defendants have the Court's permission to file the Motion to Dismiss Amended Complaints (Dkt. 128), which on its own is less than four pages and incorporates their 29 ½ page previously filed motion to dismiss (Dkt. 23).

So ORDERED and SIGNED this 2nd day of October, 2015.

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE