# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| REALTIME DATA LLC;<br><br>    Plaintiff,<br><br>vs.<br><br>ACTIAN CORPORATION ET AL..;<br><br>    Defendants. | CASE No. 6:15-CV-463–RWS-JDL<br><br>**Jury Trial Demanded** |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO MOTION TO TRANSFER VENUE PURSUANT TO 26 U.S.C. § 1404(A)

Before the Court is Defendant Teradata Operations, Inc.'s ("Teradata") Unopposed Motion for Extension of Time to File Reply to Defendant Teradata Operations, Inc.'s Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(A). After consideration, the Court finds that Teradata's Motion is well taken and is hereby

GRANTED. Accordingly, the deadline for Teradata's Reply to the Motion is extended up to and including October 19, 2015.

**So ORDERED and SIGNED this 2nd day of October, 2015.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE