IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| REALTIME DATA LLC d/b/a IXO,<br><br>Plaintiff,<br><br>v.<br><br>ACTIAN CORPORATION ET AL.,<br><br>Defendants. | Case No. 6:15-cv-00463-RWS-JDL<br>JURY TRIAL DEMANDED<br><br>**CONSOLIDATED<br>LEAD CASE** |
| REALTIME DATA LLC d/b/a IXO,<br><br>Plaintiff,<br>v.<br><br>BMC SOFTWARE, INC.,<br><br>Defendant. | Case No. 6:15-cv-464-RWS-JDL<br>JURY TRIAL DEMANDED |

**REQUEST FOR TERMINATION OF ELECTRONIC NOTICE**

Pursuant to Local Rule CV-11(e), Michael Chibib, Conor M. Civins, Matthew K. Gates, and David N. Patariu, counsel for Defendant BMC Software, Inc., requests that the Clerk of the Court remove their names from the list of persons authorized to receive electronic notices in this case. The Court entered an Order dismissing defendant BMC Software, Inc. from this action on October 5, 2015 (Dkt. No. 142).

Dated: October 6, 2015

        **PILLSBURY WINTHROP**
        **SHAW PITTMAN LLP**

        */s/ Michael Chibib*
        Michael Chibib
        Texas State Bar No. 00793497
        michael.chibib@pillsburylaw.com
        Conor M. Civins
        Texas State Bar No. 24040693
        conor.civins@pillsburylaw.com
        Matthew K. Gates
        Texas State Bar No. 24069770
        matt.gates@pillsburylaw.com
        David N. Patariu
        Texas State Bar No. 24074858
        david.patariu@pillsburylaw.com
        111 Congress Ave., Suite 400
        Austin, Texas 78701
        Tel: (512) 375-4909
        Fax: (512) 375-4901

        *Counsel for Defendant*
        *BMC Software, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing via the Court's CM/ECF system per Local Rule CV-5(a)(3) on October 6, 2015.

/s/*Michael Chibib*
Michael Chibib