**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| REALTIME DATA LLC d/b/a IXO,<br><br>  Plaintiff<br><br>  v.<br><br>ACTIAN CORPORATION et al.,<br><br>  Defendants. | Case No. 6:15-cv-463-RWS-JDL<br><br>LEAD CASE<br><br>JURY TRIAL DEMANDED |

**NOTICE OF APPEARANCE OF COUNSEL**

Notice is hereby given that Gregory H. Lantier of Wilmer Cutler Pickering Hale and Dorr LLP enters his appearance on behalf of Defendants Hewlett-Packard Company and HP Enterprise Services, LLC in this matter as additional counsel.

Gregory H. Lantier may receive all communications from the Court and from other parties at Wilmer Cutler Pickering Hale and Dorr LLP, 1875 Pennsylvania Avenue NW, Washington DC 20006; Telephone: (202) 663-6000; Facsimile: (202) 663-6363; e-mail gregory.lantier@wilmerhale.com

Dated:  October 30, 2015                              Respectfully submitted,

  */s/ Gregory H. Lantier*
Gregory H. Lantier
DC Bar No. 492043
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363
Email:  gregory.lantier@wilmerhale.com

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 30th day of October, 2015, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                              */s/ Gregory H. Lantier*
                                              Gregory H. Lantier