**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| REALTIME DATA LLC d/b/a IXO, <br><br>  Plaintiff <br><br>  v. <br><br> ACTIAN CORPORATION et al., <br><br>  Defendants. | Case No. 6:15-cv-463-RWS-JDL <br><br> LEAD CASE <br><br> JURY TRIAL DEMANDED |

**NOTICE OF APPEARANCE OF COUNSEL**

Notice is hereby given that Monica Grewal of Wilmer Cutler Pickering Hale and Dorr LLP enters her appearance on behalf of Defendants Hewlett-Packard Company and HP Enterprise Services, LLC  in this matter as additional counsel.

Monica Grewal may receive all communications from the Court and from other parties at Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston MA 02109; Telephone: (617) 526-6000; Facsimile: (617) 526-5000; e-mail: monica.grewal@wilmerhale.com

Dated:  October 30, 2015					Respectfully submitted,

					 /s/ Monica Grewal
					Monica Grewal
					MA Bar No. 659449
					Wilmer Cutler Pickering Hale and Dorr LLP
					60 State Street
					Boston MA 02109;
					Telephone:  (617) 526-6000
					Facsimile:  (617) 526-5000
					Email:  monica.grewal@wilmerhale.com

## **CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 30th day of October, 2015, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/  Monica Grewal*
Monica Grewal