**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| REALTIME DATA LLC d/b/a IXO, <br><br> Plaintiff <br><br> v. <br><br> ACTIAN CORPORATION et al., <br><br> Defendants. | Case No. 6:15-cv-463-RWS-JDL <br><br> LEAD CASE <br><br> JURY TRIAL DEMANDED |

**DEFENDANTS HEWLETT-PACKARD COMPANY AND
HP ENTERPRISE SERVICES, LLC'S NOTICE OF COMPLIANCE REGARDING
ADDITIONAL DISCLOSURES**

Defendants HP Enterprise Services, LLC and Hewlett-Packard Company hereby notify the Court that on December 30, 2015 they served their Additional Disclosures on Plaintiff's counsel of record via electronic mail pursuant Paragraph 3(C) of the Court's Discovery Order [*Dkt. 95*].

| | |
|---|---|
| Dated: December 30, 2015 | */s/ Melissa R. Smith* |

Melissa R. Smith
(Texas Bar No. 24001351)
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, TX 75670
(903) 934-8450
melissa@gillamsmithlaw.com

J. Christopher Carraway (OR Bar No. 961723)
Email: chris.carraway@klarquist.com
John D. Vandenberg (OR Bar No. 893755)
Email: john.vandenberg@klarquist.com
KLARQUIST SPARKMAN, LLP
121 SW Salmon Street, Suite 1600
Portland, OR 97204
Telephone: 503-595-5300
Facsimile: 503-595-5301

Edward G. Poplawski
CA STATE BAR NO. 113590
epoplawski@wsgr.com
Olivia M. Kim
CA STATE BAR NO. 228382
okim@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071
Telephone: (323) 210-2900
Facsimile: (866) 974-7329

Gregory H. Lantier
(*pro hac vice*)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000
gregory.lantier@wilmerhale.com

Monica Grewal
(*pro hac vice*)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000
monica.grewal@wilmerhale.com


*Counsel for Defendants*
*HEWLETT-PACKARD COMPANY and HP*
*ENTERPRISE SERVICES, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 30, 2015.

*/s/ Melissa R. Smith*
Melissa R. Smith