# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| REALTIME DATA LLC d/b/a IXO,<br>    Plaintiff,<br>  v.<br>ACTIAN CORPORATIONA ND PERVASIVE SOFTWARE, INC.,<br>    Defendants. | Case No. 6:15-cv-463-RWS-JDL<br>[*CONSOLIDATED LEAD CASE*]<br><br>**JURY TRIAL DEMANDED** |
| REALTIME DATA LLC d/b/a IXO,<br>    Plaintiff,<br>  v.<br>TERADATA OPERATIONS, INC.<br>    Defendant. | Case No. 6:15-cv-470-RWS-JDL<br>[*ORIGINAL*]<br><br>**JURY TRIAL DEMANDED** |

### DEFENDANT TERADATA OPERATIONS, INC.'S NOTICE OF DISCLOSURE OF DAMAGES PURSUANT TO PARAGRAPH 2(C) OF THE COURT'S DISCOVERY ORDER

Pursuant to ¶ 2(C) of the Court's Discovery Order of September 9, 2015 (D.I. 95), Defendant Teradata Operations, Inc. ("Teradata") hereby notifies the Court that it served its required disclosures on counsel of record via electronic mail on December 31, 2015.

Dated:  December 31, 2015

Respectfully submitted,

*/s/ Elizabeth L. DeRieux*
Mark L. Whitaker (Lead Attorney)
District of Columbia Bar No. 435755
Jamie R. Lynn
District of Columbia Bar No. 987740
Mark S. Zhai
District of Columbia Bar No. 1015748
Han Kyu Lee
District of Columbia Bar No. 1022280
**BAKER BOTTS LLP**
The Warner
1299 Pennsylvania Ave., NW
Washington, D.C. 20004-2400
Telephone:  (202) 639-7700
Facsimile:  (202) 639-7890

        Mark.Whitaker@BakerBotts.com
        Jamie.Lynn@BakerBotts.com
        Mark.Zhai@BakerBotts.com
        Han.Lee@BakerBotts.com

Ali Dhanani
Texas State Bar No. 24055400
**BAKER BOTTS LLP**
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002-4995
Telephone:  (713) 229-1234
Facsimile:  (713) 229-1522
Ali.Dhanani@BakerBotts.com

Elizabeth L. DeRieux
Texas State Bar No. 05770585
D. Jeffrey Rambin
Texas State Bar No. 00791478
**CAPSHAW DERIEUX, LLP**
114 E. Commerce Ave.
Gladewater, Texas 75647
Telephone:  (903) 845-5770
ederieux@capshawlaw.com
jrambin@capshawlaw.com

***ATTORNEYS FOR DEFENDANT***
***TERADATA OPERATIONS, INC.***

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 31, 2015, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via CM/ECF.

        */s/ Elizabeth L. DeRieux*
        Elizabeth L. DeRieux