**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **REALTIME DATA LLC d/b/a IXO,** | | |
| **Plaintiff,** | | **Civil Action No. 6:15-CV-463-RWS-JDL** |
| **v.** | | **LEAD CASE** |
| **ACTIAN CORPORATION, et al.,** | | |
| **Defendants.** | | **JURY TRIAL DEMANDED** |

**NOTICE OF COMPLIANCE**

Pursuant to the Court's Discovery Order (Dkt. 95), Defendants SAP America Inc. and Sybase, Inc. (collectively, "SAP") hereby provide notice that Plaintiff was served with disclosures as required by Paragraph 2.C of the Court's Discovery Order by SAP on December 31, 2015.

Dated:  December 31, 2015

Respectfully submitted,

By:     */s/ Michael A. Bittner*
        Thomas M. Melsheimer (Lead Attorney)
        Texas Bar No. 13922550
        Email:  melsheimer@fr.com
        Michael A. Bittner (Texas Bar No. 24064905)
        Email:  bittner@fr.com
        Rex A Mann (Texas Bar No. 24075509)
        Email:  mann@fr.com
        FISH & RICHARDSON P.C.
        1717 Main Street, Suite 5000
        Dallas, TX 75201
        Telephone:  214-747-5070
        Facsimile:  214-747-2091

        Katherine Kelly Lutton (CA Bar No. 194971)
        Email:  lutton@fr.com
        FISH & RICHARDSON P.C.
        500 Arguello Street, Suite 500
        Redwood City, CA 94063
        Telephone:  650-839-5070
        Facsimile:  650-839-5071

        J. Christopher Carraway (OR Bar No. 961723)
        Email:  chris.carraway@klarquist.com
        Kyle B. Rinehart (OR Bar No. 984283)
        *Pro Hac Vice Pending*
        E-mail:  kyle.rinehart@klarquist.com
        John D. Vandenberg (OR Bar No. 893755)
        Email:  john.vandenberg@klarquist.com
        Garth A. Winn (OR Bar No. 921585)
        Email:  garth.winn@klarquist.com
        KLARQUIST SPARKMAN, LLP
        121 SW Salmon Street, Suite 1600
        Portland, OR  97204
        Telephone:  503-595-5300
        Facsimile:  503-595-5301

        Counsel for Defendant
        SAP AMERICA INC. and SYBASE, INC.

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on December 31, 2015, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Michael A. Bittner*
Michael A. Bittner
