# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| REALTIME DATA, LLC d/b/a IXO<br><br>　　　Plaintiff,<br><br>　　v.<br><br>ACTIAN CORPORATION and PERVASIVE SOFTWARE, INC.,<br><br>　　　Defendants. | Case No. 6:15-cv-463-RWS-JDL<br><br><br>JURY DEMAND<br>LEAD CASE |
| REALTIME DATA LLC d/b/a IXO,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>ECHOSTAR CORPORATION and HUGHES NETWORK SYSTEMS, LLC,<br><br>　　　Defendants. | Case No. 6:15-cv-466-RWS-JDL<br><br><br>JURY DEMAND<br>MEMBER CASE |

**DEFENDANTS ECHOSTAR CORPORATION'S AND HUGHES NETWORK SYSTEMS, LLC'S NOTICE OF COMPLIANCE**

Pursuant to the Court's Discovery Order (Dkt. No. 95) Defendants EchoStar Corporation and Hughes Network Systems, LLC (collectively, "EchoStar/Hughes") hereby give notice that Plaintiff was served with disclosures as required by Paragraph 2.C of the Court's Discovery Order by EchoStar/Hughes on December 31, 2015.

Dated:  December 31, 2015

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　By: _/s/ J. Wesley Samples_
　　　　　　　　　　　　　　　　　　　　　Timothy W. Riffe
　　　　　　　　　　　　　　　　　　　　　DC Bar No. 482810
　　　　　　　　　　　　　　　　　　　　　riffe@fr.com
　　　　　　　　　　　　　　　　　　　　　Adam R. Shartzer
　　　　　　　　　　　　　　　　　　　　　DC Bar No. 994420
　　　　　　　　　　　　　　　　　　　　　shartzer@fr.com
　　　　　　　　　　　　　　　　　　　　　J. Wesley Samples
　　　　　　　　　　　　　　　　　　　　　OR Bar No. 121784

samples@fr.com
FISH & RICHARDSON P.C.
1425 K Street N.W., 11th floor
Washington, DC 20005-3500
PH: 202-783-5070
FX: 202-783-2331

*Attorneys for Defendants EchoStar Corporation and Hughes Network Systems, LLC*

NOTICE OF COMPLIANCE—2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on December 31, 2015, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

By: */s/ J. Wesley Samples*
J. Wesley Samples