# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| REALTIME DATA LLC d/b/a IXO, | |
| Plaintiff, | Case No. 6:15-cv-463-RWS-JDL |
| v. | LEAD CASE |
| Actian CORPORATION and Pervasive Software Inc., | JURY TRIAL DEMANDED |
| Defendants. | |
| REALTIME DATA LLC d/b/a IXO, | |
| Plaintiff, | Case No. 6:15-cv-468-RWS-JDL |
| v. | MEMBER CASE |
| RIVERBED TECHNOLOGY, INC. and DELL INC., | JURY TRIAL DEMANDED |
| Defendants. | |

## UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AGAINST RIVERBED TECHNOLOGY, INC. AND DELL INC.

Pursuant to the Federal Rules of Civil Procedure, Plaintiff seeks leave to file a Second Amended Complaint for Patent Infringement Against Riverbed Technology, Inc. and Dell Inc. Pursuant to Local Rule CV-7(k), Plaintiff's Second Amended Complaint will be filed separately but also is attached with this filing as Exhibit 1 with accompanying Exhibits A through D. This relief is sought in the interests of justice and not to cause undue delay or prejudice. Realtime has conferred with Defendants Riverbed Technology, Inc. and Dell Inc., and this motion is unopposed.

Dated: February 2, 2016          Respectfully submitted,

*/s/ Reza Mirzaie by permission Claire Abernathy Henry*
Marc A. Fenster (CA SBN 181067)
LEAD ATTORNEY
Reza Mirzaie (CA SBN 246953)
Brian D. Ledahl (CA SBN 186579)
Jeffrey Z.Y. Liao (CA SBN 288994)
C. Jay Chung (CA SBN 252794)
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
(310) 826-7474
mfenster@raklaw.com
rmirzaie@raklaw.com
bledahl@raklaw.com
jliao@raklaw.com
jchung@raklaw.com

T. John Ward, Jr.
Texas State Bar No. 00794818
E-mail: jw@wsfirm.com
Claire Abernathy Henry
Texas State Bar No. 24053063
E-mail: claire@wsfirm.com
**WARD, SMITH & HILL, PLLC**
1127 Judson Road, Ste 220
Longview, Texas 75601
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)

*Attorneys for Plaintiff*
*Realtime Data LLC d/b/a IXO*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on this the 2nd day of February, 2016.

/s/ Claire Abernathy Henry
Claire Abernathy Henry