**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| REALTIME DATA LLC d/b/a IXO, <br><br> Plaintiff, <br><br> v. <br><br> Actian CORPORATION and Pervasive Software Inc., <br><br> Defendants. | Case No. 6:15-cv-463-RWS-JDL <br><br> LEAD CASE <br><br> JURY TRIAL DEMANDED |
| REALTIME DATA LLC d/b/a IXO, <br><br> Plaintiff, <br><br> v. <br><br> RIVERBED TECHNOLOGY, INC. and DELL INC., <br><br> Defendants. | Case No. 6:15-cv-468-RWS-JDL <br><br> MEMBER CASE <br><br> JURY TRIAL DEMANDED |

**ORDER**

Before the court is Plaintiff's Unopposed Motion for Leave to File a Second Amended Complaint for Patent Infringement Against Riverbed Technology, Inc. and Dell Inc. After considering the Motion, and given that the Motion is Unopposed, the Court finds the Motion is well taken and is hereby GRANTED.

Accordingly, Plaintiff's Second Amended Complaint for Patent Infringement Against Riverbed Technology, Inc. and Dell Inc. is deemed filed on February 2, 2016.