# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | |
|---|---|
| REALTIME DATA LLC d/b/a IXO, <br><br> Plaintiff, <br><br> v. <br><br> Actian CORPORATION and Pervasive Software Inc., <br><br> Defendants. | Case No. 6:15-cv-463-RWS-JDL <br><br> LEAD CASE <br><br> JURY TRIAL DEMANDED |
| REALTIME DATA LLC d/b/a IXO, <br><br> Plaintiff, <br><br> v. <br><br> RIVERBED TECHNOLOGY, INC. and DELL INC., <br><br> Defendants. | Case No. 6:15-cv-468-RWS-JDL <br><br> MEMBER CASE <br><br> JURY TRIAL DEMANDED |

## ORDER

Before the court is Plaintiff's Unopposed Motion for Leave to File a Second Amended Complaint for Patent Infringement Against Riverbed Technology, Inc. and Dell Inc. After considering the Motion, and given that the Motion is Unopposed, the Court finds the Motion is well taken and is hereby GRANTED.

Accordingly, Plaintiff's Second Amended Complaint for Patent Infringement Against Riverbed Technology, Inc. and Dell Inc. is deemed filed on February 2, 2016.

**So ORDERED and SIGNED this 3rd day of February, 2016.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE