**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **REALTIME DATA, LLC,** | |
| Plaintiff, | NO. 6:15-cv-463-RWS-JDL |
| v. | CONSOLIDATED LEAD CASE |
| **ACTIAN CORPORATION, ET AL.** | |
| Defendants. | |

**ORDER GRANTING SUBSITUTION OF
PARTIES PURSUANT TO FED. R. CIV. P. 25(c)**

Having considered the Stipulated Motion of Plaintiff Realtime Data LLC ("Realtime") and Hewlett Packard Enterprise Co. ("HPE"), the successor entity to Defendant Hewlett-Packard Company for purposes of the accused products and services, alleged liability, discovery, and damages relating to the present litigation, that HPE be substituted for Defendant Hewlett-Packard Company

IT IS HEREBY ORDERED that

(a) Hewlett Packard Enterprise Co. is substituted for Hewlett-Packard Company in Case Nos. 6:15-cv-463, 6:15-cv-467, and 6:15-cv-469; and

(b) Hewlett Packard Enterprise Co. shall be deemed to have filed or served all pleadings and documents that were filed or served on or before this date by Hewlett-Packard Company in any of those three actions.

**So ORDERED and SIGNED this 5th day of February, 2016.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE