# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| REALTIME DATA LLC d/b/a IXO,<br>　　　Plaintiff,<br><br>v.<br><br><br>ACTIAN CORPORATION AND<br>PERVASIVE SOFTWARE INC.,<br>　　　Defendants. | § § § § § § § § § § § § | <br><br>CIVIL ACTION NO. 6:15-cv-463-RWS-JDL<br><br>LEAD CASE<br><br><br>JURY TRIAL DEMANDED<br><br> |
| REALTIME DATA LLC d/b/a IXO,<br>　　　Plaintiff,<br><br>v.<br><br><br>SAP AMERICA INC., SYBASE, INC.,<br>HEWLETT-PACKARD COMPANY, HP<br>ENTERPRISE SERVICES, LLC, and<br>DELL INC.,<br>　　　Defendants. | § § § § § § § § § § § § § § | <br><br>CIVIL ACTION NO. 6:15-cv-469-RWS-JDL<br><br>MEMBER CASE<br><br><br><br><br>JURY TRIAL DEMANDED<br><br> |

## **DEFENDANT DELL INC.'S JURY DEMAND**

　　　Pursuant to Local Rule CV-38(a), Defendant Dell Inc. respectfully demands a jury trial on all issues so triable.

Dated: February 4, 2016　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ Deron R. Dacus*
　　　　　　　　　　　　　　　　　　　　　Deron R. Dacus
　　　　　　　　　　　　　　　　　　　　　Texas Bar No. 00790553
　　　　　　　　　　　　　　　　　　　　　The Dacus Firm, P.C.
　　　　　　　　　　　　　　　　　　　　　821 ESE Loop 323, Suite 430
　　　　　　　　　　　　　　　　　　　　　Tyler, Texas 75701
　　　　　　　　　　　　　　　　　　　　　(903) 705-7232
　　　　　　　　　　　　　　　　　　　　　ddacus@DacusFirm.com

　　　　　　　　　　　　　　　　　　　　　Thomas M. Dunham
　　　　　　　　　　　　　　　　　　　　　D.C. Bar No. 448407
　　　　　　　　　　　　　　　　　　　　　Attorney-in-Charge

1

J. Michael Woods  
D.C. Bar No. 975433  
Corrine M. Saylor  
D.C. Bar No. 997638  
Winston & Strawn LLP  
1700 K Street, N.W.  
Washington, DC 20006  
Telephone: (202) 282-5000  
Fax: (202) 282-5100  
TDunham@winston.com  
MWoods@winston.com  
CSaylor@winston.com  

*Attorneys for Defendant Dell Inc.*

### Certificate of Service

The undersigned certifies that on this 5th day of February, 2016, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3). Any other counsel of record will be served by a facsimile transmission and/or first class mail.

*/s/ Deron R. Dacus*  
Deron R. Dacus