IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| REALTIME DATA, LLC d/b/a IXO<br><br>    Plaintiff,<br><br>v.<br><br>ACTIAN CORPORATION and<br>PERVASIVE SOFTWARE, INC.,<br><br>    Defendants. | Case No. 6:15-cv-463-RWS-JDL<br><br><br>JURY DEMAND<br>LEAD CASE |
| REALTIME DATA LLC d/b/a IXO,<br><br>    Plaintiff,<br><br>v.<br><br>ECHOSTAR CORPORATION and<br>HUGHES NETWORK SYSTEMS, LLC,<br><br>    Defendants. | Case No. 6:15-cv-466-RWS-JDL<br><br><br>JURY DEMAND<br>MEMBER CASE |

**DEFENDANTS ECHOSTAR CORPORATION'S AND
HUGHES NETWORK SYSTEMS, LLC'S JURY TRIAL DEMAND**

    Pursuant to Local Rule CV-38(a), Defendants EchoStar Corporation and Hughes Network Systems, LLC respectfully demand a jury trial on all issues so triable.


Dated: February 5, 2016

Respectfully submitted,

By: */s/ J. Wesley Samples.*

Timothy W. Riffe
DC Bar No. 482810
riffe@fr.com
Adam R. Shartzer
DC Bar No. 994420
shartzer@fr.com
J. Wesley Samples
OR Bar No. 121784
samples@fr.com
FISH & RICHARDSON P.C.
1425 K Street N.W., 11th floor
Washington, DC 20005-3500

**DEFENDANTS' JURY TRIAL DEMAND**      Lead Case No. 6:15-cv-463

PH: 202-783-5070
FX: 202-783-2331

*Attorneys for Defendants EchoStar Corporation and Hughes Network Systems, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 5th day of February, 2016 the foregoing document was electronically filed in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).

Dated:  February 5, 2016

Respectfully submitted,

By: */s/ J. Wesley Samples.*

J. Wesley Samples
OR Bar No. 121784
samples@fr.com
FISH & RICHARDSON P.C.
1425 K Street N.W., 11th floor
Washington, DC 20005-3500
PH: 202-783-5070
FX: 202-783-2331

*Attorney for Defendants EchoStar Corporation and Hughes Network Systems, LLC*