# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| REALTIME DATA LLC d/b/a IXO, <br><br> Plaintiff <br><br> v. <br><br> ACTIAN CORPORATION et al., <br><br> Defendants. | Case No. 6:15-cv-463-RWS-JDL <br><br> LEAD CASE <br><br> JURY TRIAL DEMANDED |

## ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL

After careful consideration of Crystal Roberts' Motion for Withdrawal of Counsel, the Court is of the opinion that said Motion should be granted.

It is therefore ORDERED that Crystal Roberts of Wilmer Cutler Pickering Hale & Dorr, LLP is hereby allowed to withdraw as Counsel for Defendants Oracle America, Inc., Hewlett Packard Enterprise Co., and HP Enterprise Services, LLC.

**So ORDERED and SIGNED this 7th day of March, 2016.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE