UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| REALTIME DATA LLC d/b/a IXO,<br><br>Plaintiff,<br><br>v.<br><br>TERADATA CORPORATION and<br>TERADATA OPERATIONS, INC.<br><br>Defendants. | Case No. 6:15-cv-463-RWS-JDL<br>[*CONSOLIDATED LEAD CASE*]<br><br>Case No. 6:15-cv-470-RWS-JDL<br>[*ORIGINAL*]<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF ATTORNEY APPEARANCE

Notice is given that the undersigned, Michelle Jacobson Eber, hereby enters an appearance for Defendant Teradata Operations, Inc. in the above-entitled case and requests that all future pleadings and papers filed under Fed. R.Civ. P. 5 be served on her through the Court's CM/ECF system per Local Rule CV-5(a)(3).

Dated: March 23, 2016

Respectfully submitted,

/s/ *Michelle Jacobson Eber*

Jamie R. Lynn
District of Columbia Bar No. 987740
Mark S. Zhai
District of Columbia Bar No. 1015748
Han Kyu Lee
District of Columbia Bar No. 1022280
**BAKER BOTTS LLP**
The Warner
1299 Pennsylvania Ave., NW
Washington, D.C. 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
Mark.Whitaker@BakerBotts.com
Jamie.Lynn@BakerBotts.com
Mark.Zhai@BakerBotts.com
Han.Lee@BakerBotts.com

> Ali Dhanani
> Texas State Bar No. 24055400
> Michelle Jacobson Eber
> Texas State Bar No. 24078727
> **BAKER BOTTS LLP**
> One Shell Plaza
> 910 Louisiana Street
> Houston, Texas 77002-4995
> Telephone: (713) 229-1234
> Facsimile: (713) 229-1522
> Ali.Dhanani@BakerBotts.com
> Michelle.eber@bakerbotts.com
>
> Elizabeth L. DeRieux
> Texas State Bar No. 05770585
> **CAPSHAW DERIEUX, LLP**
> 114 E. Commerce Ave.
> Gladewater, Texas 75647
> Telephone: (903) 845-5770
> ederieux@capshawlaw.com
>
> *ATTORNEYS FOR DEFENDANT*
> *TERADATA OPERATIONS, INC.*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 23rd day of March, 2016 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail.

> /s/ *Michelle Jacobson Eber*
> Michelle Jacobson Eber