Case 6:15-cv-00463-RWS-JDL   Document 277   Filed 03/24/16   Page 1 of 1 PageID #:  5289

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | |
|---|---|
| REALTIME DATA LLC d/b/a IXO,<br>Plaintiff,<br>v.<br>ACTIAN CORPORATION and<br>PERVASIVE SOFTWARE INC.,<br>Defendants. | **Case No. 6:15-cv-463-RWS-JDL**<br><br>**LEAD CASE** |
| REALTIME DATA LLC d/b/a IXO,<br>Plaintiff,<br>v.<br>ECHOSTAR CORPORATION AND<br>HUGHES NETWORK SYSTEMS, LLC,<br>Defendants. | Case No. 6:15-cv-466-RWS-JDL |

## ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW MOTIONS TO COMPEL PROPER SOURCE-CODE PRODUCTION AND INTERROGATORY RESPONSES FROM DEFENDANTS ECHOSTAR CORPORATION AND HUGHES NETWORK SYSTEMS, LLC

Before the Court is Plaintiff's Unopposed Motion to Withdraw two Motions to Compel Proper Source-Code Production and Interrogatory Responses from Defendants EchoStar Corporation and Hughes Network Systems, LLC (ECF Nos. 24 and 25 in member case 6:15-cv-466). After considering the motion, the Court finds that Plaintiff's Motion is well taken and is hereby GRANTED.

It is therefore ORDERED that Plaintiff's Motions to Compel Proper Source-Code Production and Interrogatory Responses from Defendants EchoStar Corporation and Hughes Network Systems, LLC (ECF Nos. 24 and 25 in member case 6:15-cv-466) are withdrawn.

**So ORDERED and SIGNED this 24th day of March, 2016.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE