**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| REALTIME DATA LLC d/b/a IXO,<br><br>    Plaintiff,<br><br>    v.<br><br>TERADATA CORPORATION and<br>TERADATA OPERATIONS, INC.<br><br>    Defendants. | Case No. 6:15-cv-463-RWS-JDL<br>[*CONSOLIDATED LEAD CASE*]<br><br>Case No. 6:15-cv-470-RWS-JDL<br>[*ORIGINAL*]<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL**

IT IS HEREBY ORDERED that Mark S. Zhai is withdrawn and is no longer counsel of record for Defendant Teradata Operations, Inc. in this matter.

**So ORDERED and SIGNED this 31st day of March, 2016.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE