IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| REALTIME DATA LLC d/b/a IXO,<br><br>    Plaintiff,<br><br>v.<br><br>TERADATA CORPORATION and<br>TERADATA OPERATIONS, INC.<br><br>    Defendants. | Case No. 6:15-cv-463-RWS-JDL<br>[*CONSOLIDATED LEAD CASE*]<br><br>Case No. 6:15-cv-470-RWS-JDL<br>[*ORIGINAL*]<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

IT IS HEREBY ORDERED that Elizabeth L. DeRieux, D. Jeffrey Rambin, and the law firm of Capshaw DeRieux, LLP are withdrawn and are no longer counsel of record for Defendant Teradata Operations, Inc. in this matter.

**So ORDERED and SIGNED this 31st day of March, 2016.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE