IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| REALTIME DATA LLC d/b/a IXO, Plaintiff, v. ACTIAN CORPORATION et al., Defendants. | Case No. 6:15-cv-463-RWS-JDL  LEAD CASE  JURY TRIAL DEMANDED |
|---|---|

# ORDER

Before the Court is the Joint Motion to Construe More Than 10 Terms of Plaintiff Realtime Data LLC d/b/a IXO and Defendants EchoStar Corporation, Hughes Network Systems, LLC, Oracle America, Inc., Hewlett-Packard Enterprise Co., HP Enterprise Services, LLC, Riverbed Technology, Inc., Dell Inc., SAP America, Inc., and Sybase, Inc. (collectively, "Defendants").  The Court, having reviewed the motion, and being well-advised, finds that the Defendants' request should be GRANTED.  It is therefore ORDERED that the parties may request that the Court to construe up to eighteen (18) claims terms.

**So ORDERED and SIGNED this 18th day of April, 2016.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE