**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| REALTIME DATA LLC d/b/a IXO, </br></br> Plaintiff </br></br> v. </br></br> ACTIAN CORPORATION et al., </br></br> Defendants. | Case No. 6:15-cv-463-RWS-JDL </br></br> LEAD CASE </br></br> JURY TRIAL DEMANDED |

**DEFENDANTS HEWLETT PACKARD ENTERPRISE CO. AND
HP ENTERPRISE SERVICES, LLC'S NOTICE OF COMPLIANCE REGARDING
PRELIMINARY ELECTION OF ASSERTED PRIOR ART**

Defendants HP Enterprise Services, LLC and Hewlett Packard Enterprise Co. hereby notify the Court that on May 26, 2016 they served their Preliminary Election of Asserted Prior Art on Plaintiff's counsel of record via electronic mail pursuant to the Court's Docket Control Order [*Dkt. 289*].

Dated: May 27, 2016

*/s/ Melissa R. Smith*
Melissa R. Smith
(Texas Bar No. 24001351)
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, TX 75670
(903) 934-8450
melissa@gillamsmithlaw.com

Edward G. Poplawski
CA STATE BAR NO. 113590
epoplawski@wsgr.com
Olivia M. Kim
CA STATE BAR NO. 228382
okim@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071
Telephone:  (323) 210-2900
Facsimile:   (866) 974-7329

*Counsel for Defendants*
*HEWLETT PACKARD ENTERPRISE CO.  and*
*HP ENTERPRISE SERVICES, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on May 27, 2016.

*/s/ Melissa R. Smith*
Melissa R. Smith