IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **REALTIME DATA LLC d/b/a IXO,**<br><br>Plaintiff,<br><br>v.<br><br>**ACTIAN CORPORATION, et al.,**<br><br>Defendants. | **CASE NO. 6:15-cv-463-RWS-JDL**<br><br>Lead Consolidated Case<br><br>**JURY TRIAL DEMANDED** |

## ORDER PERMITTING WITHDRAWAL OF JOHN K. WOO AS COUNSEL FOR PLAINTIFF REALTIME DATA LLC d/b/a IXO

The Court having examined the Unopposed Motion to Withdraw John K. Woo as Counsel of Record for Plaintiff Realtime Data LLC d/b/a IXO. is of the opinion that good cause has been shown and finds that the motion should be granted. It is therefore

ORDERED that John K. Woo is permitted to withdraw as counsel for Plaintiff Realtime Data LLC d/b/a IXO.

It is further ORDERED that the clerk shall remove John K. Woo's name from the list of persons authorized to receive electronic notices in this matter.

**So ORDERED and SIGNED this 27th day of May, 2016.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE