**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| REALTIME DATA, LLC d/b/a IXO<br><br>    Plaintiff,<br><br>    v.<br><br>ACTIAN CORPORATION and<br>PERVASIVE SOFTWARE, INC.,<br><br>    Defendants. | Case No. 6:15-cv-463-RWS-JDL<br><br>LEAD CASE |
| REALTIME DATA LLC d/b/a IXO,<br><br>    Plaintiff,<br><br>    v.<br><br>ECHOSTAR CORPORATION and<br>HUGHES NETWORK SYSTEMS, LLC,<br><br>    Defendants. | Case No. 6:15-cv-466-RWS-JDL |

**NOTICE OF COMPLIANCE REGARDING PRELIMINARY ELECTION OF
ASSERTED PRIOR ART**

Pursuant to the Court's Fourth Amended Docket Control Order (Dkt. No. 289), Defendants EchoStar Corporation and Hughes Network Systems, LLC hereby notify the Court that they served their Preliminary Election of Asserted Prior Art upon opposing counsel via electronic mail on May 26, 2016.

Dated:  May 27, 2016  Respectfully submitted,

By:   /s/ Timothy W. Riffe
Timothy W. Riffe
DC Bar No. 482810
riffe@fr.com
Adam R. Shartzer
GA Bar No. 118008
shartzer@fr.com
J. Wesley Samples
OR Bar No. 121784
samples@fr.com
FISH & RICHARDSON P.C.
1425 K Street N.W., 11th floor
Washington, DC 20005-3500
Telephone: 202-783-5070
Facsimile: 202-783-2331

*Attorneys for Defendants EchoStar Corporation and Hughes Network Systems, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on the 27th day of May, 2016 per Local Rule CV-5(a)(3).

*/s/ Timothy W. Riffe*
Timothy W. Riffe