**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF TEXAS**

**TYLER DIVISION**

| | |
|---|---|
| REALTIME DATA LLC d/b/a IXO,<br><br>Plaintiff,<br>v.<br>ORACLE AMERICA, INC.,<br><br>Defendant. | Case No. 6:16-cv-088-RWS-JDL<br>LEAD CASE<br><br>**JURY TRIAL DEMANDED** |
| REALTIME DATA LLC d/b/a IXO,<br><br>Plaintiff,<br>v.<br>ORACLE AMERICA, INC., HEWLETT-PACKARD COMPANY, and HP ENTERPRISE SERVICES, LLC,<br><br>Defendants. | Case No. 6:15-cv-467-RWS-JDL<br>MEMBER CASE<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF MATTHEW J. HAWKINSON IN SUPPORT OF DEFENDANT ORACLE AMERICA, INC.'S OPPOSITION TO PLAINTIFF REALTIME DATA LLC'S MOTION FOR LEAVE TO SUPPLEMENT INFRINGEMENT CONTENTIONS AS TO DEFENDANT ORACLE AMERICA, INC.**

1. I am a member of the State Bar of California and an attorney at the firm of Wilmer, Culter, Pickering, Hale and Dorr LLP, counsel for Defendant Oracle America, Inc. in the above captioned action. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

2. Attached as **Exhibit 1** is a true and correct copy of Plaintiff Realtime's Infringement Contentions dated September 14, 2015.

3. Attached as **Exhibit 2** is a true and correct copy of Defendant Oracle's letter to Plaintiff Realtime dated December 3, 2015 enclosing Oracle's document production.

4. Attached as **Exhibit 3** is a true and correct copy of Defendant Oracle's letter to Plaintiff Realtime dated December 3, 2015 regarding inspection of Oracle Source Code.

I declare under penalty of perjury that the foregoing is true and correct. Executed July 8, 2016 at Los Angeles, California.

By: */s/ Matthew J. Hawkinson*
Matthew J. Hawkinson