# EXHIBIT 2

# WILMERHALE

December 3, 2015

+1 213 443 5398 (t)
+1 213 443 5400 (f)
christopher.perez@wilmerhale.com

*VIA EMAIL AND FTP TRANSFER*

Jeffery Liao
jliao@raklaw.com
realtimedata@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025

Re: *Realtime Data LLC d/b/a IXO v. Oracle America, Inc. et al.*,
Case No. 6:15-cv-467-RWS-JDL (Lead Case: 6:15-cv-463-RWS-JDL)

Counsel:

Defendants Oracle America, Inc., Hewlett-Packard Company, and HP Enterprise Services, LLC ("Defendants") have produced via Accellion secure file transfer documents bearing the Bates numbers below. This production has been encrypted, and the passwords will be sent in a separate email.

ORCL00000001- ORCL00214662
ORCL-RT-WHITING000001-ORCL-RT-WHITING000214
ORCL-RT-VERIZON000001- ORCL-RT-VERIZON000189

This production contains materials designated "Confidential – Attorneys' Eyes Only" under the terms of the Protective Order (Dkt. No. 86) in this case and should be treated accordingly.

Additionally, the book entitled, *Data Compression In Digital Systems*, by Roy Hoffman (1997), is available for inspection at the Palo Alto office of WilmerHale, 950 Page Mill Road, Palo Alto, CA 94304, and may also be borrowed from the public library.

Sincerely,

Christopher Perez
Paralegal

+1 213 443 5398
christopher.perez@wilmerhale.com
Enclosure (via FTP Transfer)