# EXHIBIT 3

WILMERHALE

December 3, 2015

**Gregory H. Lantier**

+1 202 663 6327 (t)
+1 202 663 6363 (f)
gregory.lantier@wilmerhale.com

***VIA EMAIL***

Jeffery Liao
jliao@raklaw.com
realtimedata@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025

Re: **Oracle Source Code Inspection**
*Realtime Data LLC d/b/a IXO v. Oracle America, Inc. et al.*,
Case No. 6:15-cv-467-RWS-JDL (Lead Case: 6:15-cv-463-RWS-JDL)

Counsel:

In accordance with Local Patent Rule 3-4 and the Docket Control Order (Dkt. No. 181), Oracle America, Inc. ("Oracle") hereby provides notice that the source code for the accused Oracle products is now available for inspection. Pursuant to Paragraphs 3(f), 7, 20 and 21 of the Protective Order (Dkt. No. 86), the source code is designated CONFIDENTIAL ATTORNEYS' EYES ONLY – SOURCE CODE and is available for inspection at the offices of Wilmer Cutler Pickering Hale and Dorr, LLP located at 950 Page Mill Road, Palo Alto, California 94304.

Very truly yours,

/s/ Gregory H. Lantier

Gregory H. Lantier

GHL::dlm