**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS**

**TYLER DIVISION**

| | |
|---|---|
| REALTIME DATA LLC d/b/a IXO,<br><br>Plaintiff,<br>            v.<br>ORACLE AMERICA, INC.,<br><br>Defendant. | Case No. 6:16-cv-088-RWS-JDL<br>LEAD CASE<br><br>**JURY TRIAL DEMANDED** |
| REALTIME DATA LLC d/b/a IXO,<br><br>Plaintiff,<br>            v.<br>ORACLE AMERICA, INC., HEWLETT-PACKARD COMPANY, and HP ENTERPRISE SERVICES, LLC,<br><br>Defendants. | Case No. 6:15-cv-467-RWS-JDL<br>MEMBER CASE<br><br>**JURY TRIAL DEMANDED** |

**ORDER DENYING PLAINTIFF REALTIME DATA LLC'S MOTION FOR LEAVE TO SUPPLEMENT INFRINGEMENT CONTENTIONS AS TO DEFENDANT ORACLE AMERICA, INC.**

Having considered Plaintiff Realtime Data LLC's Motion for Leave to Supplement Infringement Contentions As To Defendant Oracle America, Inc. and any response thereto,

IT IS HEREBY ORDERED that the Motion is DENIED.