IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **REALTIME DATA, LLC,** | § § § | |
| *Plaintiff,* | § § § | **CIVIL ACTION NO. 6:15-CV-463 RWS-JDL** |
| V. | § § § | **LEAD CASE** |
| **ACTIAN CORPORATION ET AL.,** | § § § | **JURY TRIAL DEMANDED** |
| *Defendants.* | § | |
| **REALTIME DATA, LLC,** | § § § | |
| *Plaintiff,* | § § § § | **CIVIL ACTION NO. 6:16-CV-88 RWS-JDL** |
| | § § | **LEAD CASE** |
| V. | § § | **JURY TRIAL DEMANDED** |
| **ORACLE AMERICA, INC., HEWLETT PACKARD ENTERPRISE COMPANY, and HP ENTERPRISE SERVICES, LLC,** | § § § § § § | |
| *Defendants.* | § | |

## ORDER

Before the Court is Plaintiff Realtime Data LLC and Defendant Dell Inc.'s ("Moving Parties") Motion to Sever and Consolidate. (Doc. No. 404.) Also before the Court is the Moving Parties' Joint Emergency Motion to Consolidate Early Damages Expert Hearings. (Doc. No. 405.) After consideration of the Moving Parties' Motions, the Court is of the opinion that they should be granted.

It is therefore **ORDERED** that Defendant Dell Inc. is severed from the lead case (6:15-cv-463) and the member case (6:15-cv-468), and this action against Dell is consolidated with the

recently-filed action against Dell (6:16-cv-089). It is further **ORDERED** that the early damages expert hearing scheduled for October 13, 2016 is canceled as between the Moving Parties and this early damages expert hearing is consolidated with the early damages expert hearing scheduled in Case No. 6:16-cv-089 that is set for July 6, 2017.

**So ORDERED and SIGNED this 11th day of October, 2016.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE