IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| REALTIME DATA, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 6:15-CV-463 |
| | § | RWS-JDL |
| v. | § | |
| | § | LEAD CASE |
| | § | |
| ACTIAN CORPORATION ET AL., | § | JURY TRIAL DEMANDED |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING
## REPORT AND RECOMMENDATION OF
## UNITED STATES MAGISTRATE JUDGE

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. The Report and Recommendation of the Magistrate Judge (Docket No. 556) recommending denial of Riverbed Technology, Inc.'s ("Riverbed") Motion for Summary Judgment of Non-Infringement (Docket No. 436) has been presented for consideration. No objections to the Report and Recommendation were filed during the prescribed objection period.

The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court **ADOPTS** the Report and Recommendation of the United States Magistrate Judge as the findings and conclusions of this Court. Riverbed's Motion (Docket No. 436) is **DENIED**, and specifically **DENIED** with respect to U.S. Patent No. 7,415,530 and U.S. Patent No. 9,116,908 as set forth in the Magistrate Judge's Report and Recommendation (Docket No. 556).

**SIGNED this 23rd day of May, 2017.**

                                              ROBERT W. SCHROEDER III
                                              UNITED STATES DISTRICT JUDGE