# Exhibit A

# SteelHead™ Management Console User's Guide

SteelHead CX (x70) (xx55)
SteelHead (xx50)

Version 9.1

July 2015



Defendant's Exhibit

Exhibit No. **14**

Civil Action No. 6:15-cv-463

© 2015 Riverbed Technology, Inc. All rights reserved.

Riverbed and any Riverbed product or service name or logo used herein are trademarks of Riverbed. All other trademarks used herein belong to their respective owners. The trademarks and logos displayed herein cannot be used without the prior written consent of Riverbed or their respective owners.

Akamai® and the Akamai wave logo are registered trademarks of Akamai Technologies, Inc. SureRoute is a service mark of Akamai. Apple and Mac are registered trademarks of Apple, Incorporated in the United States and in other countries. Cisco is a registered trademark of Cisco Systems, Inc. and its affiliates in the United States and in other countries. EMC, Symmetrix, and SRDF are registered trademarks of EMC Corporation and its affilia tes in the United States and in other countries. IBM, iSeries, and AS/400 are registered trademarks of IBM Corporation and its affi liates in the United States and in other countries. Juniper Networks and Junos are registered trademarks of Juniper Networks, Incorporated in the United States and other countries. Linux is a trademark of Linus Torvalds in the United States and in other countries. Microsoft, Window s, Vista, Outlook, and Internet Explorer are trademarks or registered trademarks of Microsoft Corporation in the United States and in other countries. Oracle and JInitiator are trademarks or registered trademarks of Oracle Corporation in the United States and in other countries. UNIX is a registered trademark in the United States and in other countrie s, exclusively licensed through X/Open Company, Ltd. VMware, ESX, ESXi are trademarks or registered trademarks of VM ware, Inc. in the United States and in other countries.

This product includes Windows Azure Linux Agent developed by the Microsoft Corporation (http://www.microsoft.com/). Copyright 2012 Microsoft Corporation.

This product includes software developed by the University of California, Berkeley (and its contributors), EMC, and Comtech AHA Corporation. This product is derived from the RSA Data Security, Inc. MD5 Message-Digest Algorithm.

The SteelHead Mobile Controller (virtual edition) includes VM ware Tools. Portions Copyright © 1998-2013 VMware, Inc. All Rights Reserved.

NetApp Manageability Software Development Kit (NM SDK), includin g any third-party software available for review with such SDK which can be found at http://communities.netapp.com/docs /DOC-1152, and are included in a NOTICES file included within the downloaded files.

For a list of open source software (including libraries) used in the development of this software along with associated copyright and license agreements, see the Riverbed Support site at https://support.riverbed.com.

This documentation is furnished "AS IS" and is subject to change without notice and should not be construed as a commitment by Riverbed. This documentation may not be copied, modified or distributed without the express authorization of Riverbed and may be used only in connection with Riverbed products and services. Use, duplication, reproduction, release, modification, disclosure or transfer of this documentation is restricted in accordance with the Federal Acquisition Regulations as applied to civilian agencies and the Defense Federal Acquisition Regulation Supplement as applied to military agencies. This documentation qualifies as "commercial computer software documentation" and any use by the government shall be governed solely by these terms. All other use is prohibited. Riverbed assumes no responsibility or liability for any errors or inaccuracies that may appear in this documentation.



RiverbedTechnology
680 Folsom Street
San Francisco, CA 94107

Phone: 415-247-8800
Fax: 415-247-8801
Web: http://www.riverbed.com

Part Number
712-00007-21

| Control | Description |
|---------|-------------|
| Data Reduction Policy | Optionally, if the rule type is Auto-Discover or Fixed Target, you can configure these types of data reduction policies: |
| | • **Normal -** Perform LZ compression and SDR. |
| | • **SDR-Only** - Perform SDR; do not perform LZ compression. |
| | • **SDR-M** - Performs data reduction entirely in memory, which prevents the SteelHead from reading and writing to and from the disk. Enabling this option can yield high LAN-side throughput becauseit eliminates all disk latency. This data reduction policy is useful for |
| | – a very small amount of data; for example, interactive traffic. |
| | – point-to-point replication during off-peak hours when both the server-side and client-side SteelHeadsare the same (or similar) size. |
| | Both SteelHeadsmust be running RiOS v6.0.x or later. |
| | • **Compression-Only-** Perform LZ compression; do not perform SDR. |
| | • **None** - Do not perform SDR or LZ compression. |
| | To configure data reduction policies for the FTP data channel, define an in-path rule with the destination port 20 and set its data reduction policy. Setting QoS for port 20 on the client-side SteelHead affects passive FTP, while setting the QoS for port 20 on the server-side SteelHead affects active FTP. |
| | To configure optimization policies for the MAPI data channel, define an in-path rule with the destination port 7830 and set its data reduction policy. |
| Cloud Acceleration | After you subscribe to a SaaSplatform and enable it, ensure that cloud acceleration is ready and enabled. When cloud acceleration is enabled, connections to the subscribed SaaSplatform are optimized by the SteelHead SaaS.You do not need to add an in-path rule unless you want to optimize specific users and exclude others. Select one of these choices from the drop-down list: |
| | • **Auto -** If the in-path rule matches, the connection is optimized by the SteelHead SaaSconnection. |
| | • **PassThrough -** If the in-path rule matches, the connection is not optimized by the SteelHead SaaS,but it follows the other rule parameters so that the connection might be optimized by this SteelHead with other SteelHeadsin the network, or it might be passed through. |

DX-014, p. 63 of 726                                                                                         RBT-000063