## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **REALTIME DATA LLC,** | § | |
| | § | |
| | § | **CIVIL ACTION NO.  6:15-CV-00463-RWS** |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **ACTIAN CORPORATION,  PERVASIVE** | § | |
| **SOFTWARE INC.,** | § | |
| | § | |
| | § | |
| **Defendants.** | | |

## FINAL JUDGMENT

This case was filed on May 8, 2015 (Docket No. 1), and on July 23, 2015, it was designated as the lead case for several related actions that were consolidated with this matter (Docket No. 16). Since that time, all parties have been terminated, severed, or unconsolidated from this lead action. Therefore, the Court sees no basis for this lead action to remain open. Any further relief should be sought in the remaining related cases that remain open.

It is therefore **ORDERED**, **ADJUDGED** and **DECREED** that the parties take nothing and that all pending motions are **DENIED AS MOOT**.  All costs are to be borne by the party that incurred them.

The Clerk of the Court is directed to close this case.

 **SIGNED this 6th day of December, 2017.**


ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE